1  Paul Y. Feng (SBN 146889)
   pfeng@onellp.com
2  Stephen M. Lobbin (SBN 181195)
   slobbin@onellp.com
3  **ONE LLP**
   4000 MacArthur Blvd., East Tower, Suite 500
4  Newport Beach, California 92660
   Tel:   949.444.5677
5  Fax:   949.258.5081

6  John Lord (SBN 216111)
   jlord@onellp.com
7  **ONE LLP**
   9301 Wilshire Boulevard, PH
8  Beverly Hills, California 90210
   Tel:   310.866.5157
9  Fax:   310.943.2085

10 Attorneys for Plaintiff/Counterdefendant
   **Cordelia Lighting, Inc.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| **Cordelia Lighting, Inc.**, a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>**Zhejiang Yankon Group Co., Ltd. d/b/a Energetic Lighting**, a China company, and **Yankon Industries Inc.**, a California corporation,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 5:14-CV-00881-JGB-SP<br><br>**NOTICE OF MOTION AND CORDELIA'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: April 27, 2015<br>Time: 9:00 a.m.<br>Ctrm: 1<br><br>Honorable Jesus G. Bernal |

**TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on April 27, 2015 at 9:00 a.m. or as soon thereafter as counsel may be heard before the Honorable Jesus G. Bernal in Courtroom 1 of the United States Court, Central District of California, Eastern Division located at 3470 Twelfth Street, 2nd Floor, Riverside, CA 92501, Plaintiff Cordelia Lighting, Inc. ("Cordelia") will move and hereby does move as follows.

**MOTION**

Plaintiff Cordelia hereby moves this Court, pursuant to Fed. R. Civ. P. 65 and L.R. 65-1, for a Preliminary Injunction Order against Defendants, enjoining them immediately to cease any and all infringement of the patent-in-suit, U.S. Patent No. 8,454,204 ("the '204 patent"). The requested preliminary injunctive relief is justified because the relevant facts are not in dispute, because Plaintiff Cordelia faces continued and irreparable competitive harm if Defendants are not so enjoined immediately, and because the law supports the preliminary relief requested under these circumstances.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, the supporting Declarations and attached exhibits of Stephen M. Lobbin, James C. Earthman, Jessie King and David Hanson, the pleadings and other papers on file in this action, and upon such further evidence or argument as may be presented at or before the hearing of this Motion.

Respectfully submitted,

Dated: March 30, 2015      **ONE LLP**

By:   /s/ Stephen M. Lobbin
Attorneys for Plaintiff
**Cordelia Lighting, Inc.**