Paul Y. Feng (SBN 146889)
pfeng@onellp.com
Stephen M. Lobbin (SBN 181195)
slobbin@onellp.com
**ONE LLP**
4000 MacArthur Blvd., East Tower, Suite 500
Newport Beach, California 92660
Tel:   949.444.5677
Fax:   949.258.5081

John Lord (SBN 216111)
jlord@onellp.com
**ONE LLP**
9301 Wilshire Boulevard, PH
Beverly Hills, California 90210
Tel:   310.866.5157
Fax:   310.943.2085

Attorneys for Plaintiff/Counterdefendant
**Cordelia Lighting, Inc.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| **Cordelia Lighting, Inc.**, a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>**Zhejiang Yankon Group Co., Ltd. d/b/a Energetic Lighting**, a China company, and **Yankon Industries Inc.**, a California corporation,<br><br>            Defendants.<br><hr>AND RELATED COUNTERCLAIMS | Case No. 5:14-CV-00881-JGB-SP<br><br>**DECLARATION OF JAMES C. EARTHMAN IN SUPPORT OF CORDELIA'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  April 27, 2015<br>Time:  9:00 a.m.<br>Ctrm:  1<br><br>Honorable Jesus G. Bernal |

I, James C. Earthman, declare and state as follows:

1.   I have been retained by Plaintiff Cordelia Lighting, Inc. ("Cordelia") to offer technical analysis and opinions regarding various issues relevant to this action, including the validity and infringement of the patent-in-suit, U.S. Patent No. 8,454,204 ("the '204 patent").  I have personal knowledge of the facts stated herein, and if called to testify as a witness, I could and would testify competently thereto.

2.   My education includes (a) a Ph.D. and M.S. in Materials Science and Engineering from Stanford University, and (b) a B.S. in Materials Science from Rice University.  Besides my consulting work, I am a Professor in the Department of Chemical Engineering and Materials Science at the University of California, Irvine.  I am also a named inventor on six patents.  Attached hereto as Exhibit 5 is a true and correct copy of my current Curriculum Vitae, which includes my complete qualifications, including a list of all publications authored in the previous 10 years, and a list of all cases in which, during the previous 4 years, I have testified as an expert at trial or by deposition.  My compensation to be paid for the study and testimony in this action will be tabulated at a rate of $450-600/hour, depending on the nature of the study and/or testimony.

3.   I have reviewed in detail the '204 patent, including its prosecution file history.  The '204 patent is entitled "Recessed LED Lighting Fixture," and relates to an innovative lighting fixture typically for home use and mounted in a ceiling, having a heat sink element including a flange and a magnetically-mounted, interchangeable trim ring allowing for variable colors and other ornamentation.

4.   I am familiar with and understand the concept in patent law of a "person of ordinary skill in the art" of a particular invention or patent, including how that concept impacts the interpretation of patent claims and the analysis of infringement and validity issues.  Based on my background and experience in the relevant materials science and engineering fields, I believe I am more than qualified

to serve as an example of a "person of ordinary skill in the art," if necessary, relating to the inventions claimed in the three patents-in-suit.

5.     The figures shown in the '204 patent give examples of possible embodiments of the invention, and Claim 1 includes the following features, among others: (a) "a heat sink having a cylindrical body," (b) "a radial flange circumscribes the bottom of the heat sink and defines a flat, first annular surface," (c) "the heat sink, fins, and flange include a heat dissipating and conductive material," and (d) "an interchangeable trim ring . . . including a heat dissipating and conductive material and a magnetically attractive material."

6.     All of these terms—and others used in the claims—are plain, ordinary, well-understood terms when used in the materials science and engineering fields, including particularly by an engineer of ordinary skill engaged in designing these types of lighting fixtures.  Also, nowhere in the specification or file history of the '204 patent did the inventors assign any special or exceptional meaning to any of these terms.  Therefore, my conclusion is that no claim construction should be necessary to a proper infringement or validity analysis.

7.     I am familiar with and understand the concept in patent law of "infringement" of a patent, which is satisfied when all of the elements or limitations stated in a particular patent claim are found to be present in an accused infringing device or product.

8.     For my analysis of infringement, the results of which are noted and discussed in Exhibit 6, I examined a sample of Defendants' accused infringing product, the "Utilitec Pro LED Recessed Retrofit Downlight," as shown in Exhibit 7.

9.     In conjunction with my analysis of "Elements E" and "Element G" noted and discussed in Exhibits 6-7, I also reviewed internal test data generated by Cordelia in order to measure the heat conduction and dissipation through the flange and trim ring elements of the accused infringing product.  This internal test data is

shown in documents CL 2792-2821 (which I have reviewed), and Exhibit 8 shows a graphical representation of these test results, which I generated for purposes of a helpful illustration of the "heat signature" of these elements of the accused infringing product.

10.     I am familiar with and understand the legal concepts of patent "invalidity" and "anticipation," which is satisfied when all of the elements or limitations stated in a particular patent claim are found to be present in an asserted prior art reference.  A "prior art" reference may be a patent or technical disclosure that was published before the invention at issue, or more than one year before the application for the patent at issue was filed.

11.     For my analysis of patent validity, I have reviewed also U.S. Patent No. 7,722,227 ("the '227 patent"), which is attached hereto as Exhibit 9.  I understand the Defendants have asserted as a prior art reference to the '204 patent.  The results of my validity analysis is shown in Exhibit 6, wherein I have noted with an "X" the elements in the asserted claims of the '204 patent which I could not find anywhere in the disclosure of the '227 patent asserted as prior art.

12.     Based on the results of my analysis, my conclusions are that (a) Defendants' accused product infringes the asserted claims of the '204 patent, and (b) the asserted claims of the '204 patent are not invalid as anticipated by the '227 patent asserted as prior art.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called to testify, I could and would competently do so.

Executed on this 30th day of March, 2015, at Irvine, California.

James C. Earthman

# EXHIBIT 5

CURRICULUM VITAE

James C. Earthman

Office Address:  644F Engineering Tower; Telephone:  (949) 824 5018
Current Position:  Professor
Date of Birth:  27 November, 1957
Place of Birth:  Tulsa, Oklahoma


EDUCATION

- Stanford University; Ph.D., Materials Science and Engineering, November 1985.
  Thesis Title:  "High Temperature Intergranular Crack Growth Processes in Copper
  and Copper with 1 Weight Percent Antimony;" Advisor:  W. D. Nix

- Stanford University; M.S., Materials Science and Engineering, June 1982.

- Rice University; B.S., Materials Science, June 1980.


PROFESSIONAL INTERESTS

- Fatigue and fracture processes at ambient and elevated temperatures
- Novel damage monitoring techniques
- Numerical modeling of deformation and damage processes in metals and alloys
- Mechanical behavior and damage mechanisms in biomedical and dental materials
  and biological tissues
- Biologically influenced corrosion and fouling
- Molecular additions to nanocrystalline solids
- Damage processes in liquid coolant environments at elevated temperatures


ADMINISTRATIVE APPOINTMENTS

Associate Dean for Professional Development (50% appointment) Sept. 2014 – present
The Graduate Division, University of California, Irvine

Associate Vice Chancellor for Research (50% appointment) March 2007 – Feb. 2009
Office for Research, University of California, Irvine


ACADEMIC APPOINTMENTS

Professor Step V                                              July 2012 – present

*Curriculum Vitae of James C. Earthman*

Department of Chemical Engineering and Materials Science
University of California, Irvine

Professor Step IV                                July 2009 – June 2012
Department of Chemical Engineering and Materials Science
University of California, Irvine

Professor Step III                               July 2006 – June 2009
Department of Chemical Engineering and Materials Science
University of California, Irvine

Professor Step II                                July 2003 – June 2006
Department of Chemical Engineering and Materials Science
University of California, Irvine

Professor Step I                                 July 2000 – June 2003
Department of Chemical and Biochemical Engineering
and Materials Science
University of California, Irvine

Associate Professor Step III                     July 1998 – June 2000
Department of Chemical and Biochemical Engineering
and Materials Science
University of California, Irvine

Associate Professor Step II                      July 1996 – June 1998
Materials Section
Department of Chemical and Biochemical Engineering
University of California, Irvine

Associate Professor Step I                       July 1994 - June 1996
Materials Section
Department of Chemical and Biochemical Engineering
University of California, Irvine

Assistant Professor Step IV                      July 1992 - July 1994
Materials Section
Department of Mechanical and Aerospace Engineering
University of California, Irvine

Assistant Professor Step III                     July 1990 - June 1992
Materials Section
Department of Mechanical and Aerospace Engineering
University of California, Irvine

*Curriculum Vitae of James C. Earthman*

Assistant Professor Step II                      July 1988 - June 1990
Materials Section
Department of Mechanical and Aerospace Engineering
University of California, Irvine

Research Associate                               Dec. 1985 - June 1988
Mechanical Metallurgy Laboratory
Swiss Federal Institute of Technology, Lausanne

Research Assistant                               Sept. 1981 - Nov. 1985
Materials Science and Engineering Department.
Stanford University

INDUSTRIAL POSITIONS

Co-Founder and Chief Technology Officer          Sept. 2003 - present
Perimetrics, LLC, Newport Beach, CA
A dental device company.

HONORS AND AWARDS

1980 Rice Alumni Scholar in Materials Science, Rice University.

Augmentation Award for Science and Engineering Research Training, US Air Force
Office of Scientific Research, 1992.

Excellence in Teaching Award, Division of Undergraduate Education, Academic
Senate Committee on Teaching, and Instructional Resources Center, University of
California, Irvine, 1999.

Engineering Faculty of the Year, UCI Engineering Student Council, 1999-2000.

NASA Tech Brief Award for the innovation entitled, **"**Compact Low-Power Device for
In-situ Fatigue Monitoring," 2010.

Best Presentation Award, University and Research Track, MSC Software 2011 Users
Conference, Costa Mesa, CA.

Listed in:   Who's Who in American Education, Who's Who in Science and
             Engineering, Who's Who in the West, Who's Who in America, Who's
             Who in the World, Dictionary of International Biography

*Curriculum Vitae of James C. Earthman*

CONSULTING ACTIVITIES

Interfacial Cavitation of Silver Bonds - Lawrence Livermore National Laboratory (1989)
Failure Analysis - Corbett and Steelman (1991)
Failure Analysis - Artifex Ltd. (1992)
Failure Analysis - 3D Instruments, Inc. (1994)
Materials Data Analysis - Interpore International (1995)
Materials Data Analysis - Printronix Inc. (1996-1998)
Failure Analysis - Waters, McCluskey, and Boehle (1996-1999)
Materials Selection and Design Analysis - GWR Instruments (1996-1998)
Research Program Review - Idaho National Engineering and Environmental Laboratory (1999)
Materials Data Analysis – Newport Coast Oral-Facial Institute (2001)
Materials Data Analysis – Metrolaser, Inc. (2001)
Patent Declaration – EST Labs (2001)
Failure Analysis – Jefferey Kline, Attorney at Law (2002)
Materials Data Analysis – Metrolaser, Inc. (2003)
Failure Analysis - Cadden & Fuller, LLP (2003)
Damping Test Design – Knobbe, Martens, Olsen & Bear, LLP (2003)
Failure Analysis - Malek & Malek, LLP (2003)
Material Performance Review – Lockheed Martin, Inc. (2004)
Research Program Review – Idaho National Laboratory (2004)
Failure Analysis – Corsino & Sutherland, Esq. (2004)
Candidate Material Assessment – Fluor Enterprises, Inc. (2005-2006)
Failure Analysis – Pop and Associates (2006)
Materials Selection and Data Analysis – Metrolaser, Inc. (2006)
Failure Analysis – DeWitt, Algorri, and Algorri (2007-2008)
Failure Analysis – Pop and Associates (2008)
Intellectual Property Evaluation – Mann Foundation (2008)
Failure Analysis – Smith & Sutton (2009)
Fatigue Test Analysis – Endologix, Inc. (2009-2010)
PhD Defense Examiner – National University of Singapore (2010)
LDRD Program Review – Lawrence Berkeley National Laboratory (2011)
Patent Terminology Declaration – Knobbe, Martens, Olsen & Bear, LLP (2012)
Diagnostic System Development – California Science & Engineering Corporation (2012-2013)
Failure Analysis – Agnew Brusavich (2013-2014)
Patent Analysis – Procopio, Cory, Hargreaves & Savitch LLP (2013-present)

ISSUED PATENTS

P1. *A System and Method for Quantitative Measurements of Energy Damping Capacity* (Inventor:  J. C. Earthman)

*Curriculum Vitae of James C. Earthman*

US Patent No. 6,120,466; issued September 19, 2000

P2. *Inhibition of Sulfate-Reducing-Bacteria-Mediated Degradation using Bacteria which Secrete Antimicrobials* (Inventors: T. K. Wood, A. Jayaraman, and J. C. Earthman)
US Patent No. 6,630,197; issued October 7, 2003
Australia Patent No. 38785/99; issued May 3, 1999
Mexico Patent No. 230267;
US Patent No. 7,060,486; issued June 13, 2006

P3. *Evaluation of Reflected Time-Energy Profile for Determination of Damping Capacity*, (Inventors: J. C. Earthman and C. G. Sheets)
US Patent No. 6,997,887; issued February 14, 2006

P4. *Evaluation of Reflected Time-Energy Profile for Evaluating Osseointegration and Density,*
(Inventors: J. C. Earthman and C. G. Sheets)
US Patent No. 7,008,385; issued March 7, 2006

P5. *Methods and Apparatus for Detecting and Quantifying Surface Characteristics and Material Conditions Using Light Scattering*
(Inventors: J. Earthman, V. Markov, J. Trolinger, B. Buckner, and D. Dunn-Rankin)
US Patent No. 7,221,445; issued May 22, 2007

P6. *Diamondoid Stabilized Fine-Grained Metals*
(Inventors: J. Earthman, F. Mohamed, R. Mishra, and I. Roy)
US Patent No. 8,628,599; issued January 14, 2014

PROFESSIONAL ASSOCIATION MEMBERSHIPS

ASM International (ASM); The Materials Research Society (MRS); The Minerals, Metals & Materials Society of the American Institute of Mining, Metallurgical and Petroleum Engineers (TMS)

PROFESSIONAL SERVICE AND ACTIVITIES

Co-Organizer for the *Symposium on Validating Materials Behavior for Predictive Materials Science and Engineering* to be held at MS&T 2015.

Member of the Editorial Review Board, *Metallurgical and Materials Transactions* A (October 1994 – March 2007; October 2009 – present).

*Curriculum Vitae of James C. Earthman*

Co-Chair of the Frontiers in Materials Science Symposium entitled "Closing the Nuclear Fuel Cycle" at *MS&T 2009*, a joint materials conference sponsored by ASM International, The American Ceramics Society, AIST, and TMS.

Member of the Biomedical Leadership Council of Octane since February 2009.

Chair of the Frontiers in Materials Science Symposium entitled "Closing the Nuclear Fuel Cycle" at *MS&T 2008*, a joint materials conference sponsored by ASM International, The American Ceramics Society, AIST, and TMS.

Chair of the Frontiers in Materials Science Symposium entitled "Materials for Sports and Medicine" at *MS&T 2007*, a joint materials conference sponsored by ASM International, The American Ceramics Society, AIST, and TMS.

Co-Chair of the Frontiers in Materials Science Symposium entitled "Impact of Design on Corrosion Performance" at *MS&T 2006*, a joint materials conference sponsored by ASM International, The American Ceramics Society, AIST, and TMS.

Co-Chair of two sessions entitled "Biological Corrosion" and "Biocompatibility and Monitoring" in the *Biological and Microbial Effects on Materials Symposium* of the 208th Meeting of the Electrochemical Society, Los Angeles, October 18, 2005.

Chair, Materials Science Sector, ASM International, October 2005 – September 2007.

Vice-Chair, Materials Science Sector, ASM International, October 2004 – September 2005.

Member of the TMS Biomaterials Committee (October 2004 – present).

Grid Co-Chair, TMS Annual Meeting, San Francisco, February 14-17, 2005.

Organizer of the *Symposium on Corrosion Sensors and Monitoring* held at the TMS Annual Meeting, San Francisco, on February 14, 2005.

Member of the TMS-ASM Joint Corrosion and Environmental Effects Committee (March 2003 – present).

Member of the Metallurgical and Materials Transactions Joint Commission. This six-member Commission deals with editorial direction and oversight. Findings are forwarded to the ASM and TMS boards of directors for action/approval. The term is for three years (January 2000 – December 2003).

Liaison to the TMS Programming Board, ASM International Materials Science Critical Technology Sector Executive Committee, (October 1998 – September 2004).

*Curriculum Vitae of James C. Earthman*

Co-Organizer for the *Symposium on Miniature Structures and Components under Cyclic Loading* held at the TMS Annual Meeting, San Diego, on March 2-3, 1999.

Member of the Joint ASM/TMS Mechanical Behavior Committee (October 1998 - present), formerly the ASM/MSCTS Flow and Fracture Committee.

Programming Grid Vice-Chair for the Fall ASM/TMS Meeting, Cincinnati, October 31-November 4, 1999.

Chief Organizer of the *Seventh International Conference on Creep and Fracture of Engineering Materials and Structures* held at the University of California, Irvine on August 11-14, 1997.

Chair of the Joint ASM/TMS Mechanical Behavior Committee (October 1997 - September 1998), formerly the ASM/MSCTS Flow and Fracture Committee.

Chair of the ASM/MSCTS Flow and Fracture Committee (October 1996 - September 1998).

Vice-Chair of the ASM/MSD Flow and Fracture Committee (October 1995 - September 1996).

Member of the ASM/MSD Flow and Fracture Committee (October, 1991 - present), which became the Joint ASM/TMS Mechanical Behavior Committee in 1997.

Vice-Chair of the Editorial Review Board, *Metallurgical and Materials Transactions* A (November 1997 – October 1998).

Chair of the Editorial Review Board, *Metallurgical and Materials Transactions* A (November 1998 – October 1999).

Member of the Joint Commission, *Metallurgical and Materials Transactions* (January 2000 – December 2002).

Member of the Board of Directors of the Newport Coast Oral-Facial Institute (October 1995-present).

Chair of the Organizing Committee for a symposium entitled "High Temperature Fracture Mechanisms in Advanced Materials" to be held on October 2-6, 1994 at the TMS Fall Meeting in Rosemont, Illinois.

Member of the organizing committee for a workshop entitled "Advances in Non-Destructive Testing" at the University of California, Irvine on August 24-26, 1993.

*Curriculum Vitae of James C. Earthman*

Peer-Reviewer for the following journals:  *Materials Science and Engineering A and C*, *Metallurgical and Materials Transactions A*, *Scripta Materialia*, *Journal of Materials Research*, *Journal of Heat Transfer*, *Acta Stereologica*, *Proceedings of the Royal Society A:  Mathematical, Physical and Engineering Sciences*, *Journal of Biomedical Optics*, *International Journal of Fracture*, *Applied and Environmental Microbiology*, *Philosophical Magazine A*, and *Journal of the Electrochemical Society, IEEE Sensors Journal, Journal of Materials Science, Journal of Alloys and Compounds, Composites Science and Technology, Corrosion Engineering Science and Technology, International Journal of Fatigue, Electrochemica Acta, Intermetallics, International Biodeterioration and Biodegradation, Journal of Alloys and Compounds, Journal of Clinical Rehabilitative Tissue Engineering Research, Journal of Composite Materials, Smart Materials and Structures, and Surface and Coatings Technology, TMS Abstracts Journal*, and *Nature - Materials*.

Peer Reviewer of major proposals for the following agencies:  National Science Foundation, US Department of Energy, US Civilian Research and Development Foundation, Natural Sciences and Engineering Research Council of Canada, Science and Technology Center of Ukraine, and US Air Force Office of Scientific Research.


POST DOCTORS

D. -H. Kim (10/90-9/91), Kh. M. Ismail (10/96-11/98), F. Tardif (1/99 – 1/00), S. Urtiga-Filho (10/99 – 12/01), P. J. Arps (10/98 – 4/04), Lichong Xu [Co-advisor:  P. Arps] (6/01 – 3/04), K. J. C. Chou (3/05-5/05), J. Zeng, Visiting Scholar in the Susan Samueli Center for Integrative Medicine (7/06 – 12/06), Sergio Carnalla (3/08-7/08), Amir Asadi (2/14-present), Thair Takesh (10/12-present).


STUDENTS

Ph.D. Advisees:  Ho K. Kim (graduated 8/92), Nancy L. Johnson (graduated 6/97), Kevin J. C. Chou (graduated 3/98), Anirban Chakraborty (graduated 6/97), Ali Yousefiani (co-advisee, graduated 11/99), Mariah Coleno (co-advisee, graduated 12/01), Yi-Lan Wang (9/01 – 7/02), Christopher Hovick (co-advisee, graduated 8/02, Chapman Univ.), Soheil Eshraghi (graduated 6/05), Melissa Denton (graduated 6/07), Terence Savas (graduated 6/07), John D. Lincoln (graduated 12/07, co-advisor D. Ogunseiten), Lindsey VanSchoiack (graduated 12/07), Ian Nieves (graduated 3/08), Li-Chung Lai (graduated 6/09), Eric Brunner (10/07-6/08, co-advisor, visiting student from the U. Surrey, UK), Hamed Youssefpour (7/07 – 12/08), Hossein Ajideh (graduated 6/11), Khinlay Maung (graduated 6/11, co-advisor), Janahan Arumoli (4/11 – 12/12), Xiaoxi Liu (graduated 6/13), Mohammad Molayem (visiting, 3/13  – 8/13), Sandy Tran (graduated 12/13), Colin Arnold (7/09 – present), Scott Poveromo (10/11 – present).

*Curriculum Vitae of James C. Earthman*

M.S. Advisees:  Jeff Fukishima (graduated 6/91), Robert Ramsaur (graduated 6/91), James Buerkle (co-advisee, graduated 6/91), Imtiyaz Ahmed (graduated 12/92), Paul Schmidt (graduated 6/93), Nancy L. Johnson (graduated 6/94), William Churley (graduated 6/96), Ted Gehrig (graduated 6/96), Julie Perkins (graduated 6/96), Micheal Hagen (graduated 6/96), David Stanley (graduated 6/96), Terence Savas (graduated 6/98), Kirsten Trandem (graduated 6/00), Jessica Li (graduated12/01), Chad Wu (graduated 12/03), Joel Angeles (graduated 6/04), John Lincoln (graduated 6/04), Keng-Liang Liu (graduated 6/04), Melissa Denton (graduated 6/04), Amir Nabet (co-advisee, graduated 3/05), Rahul Mishra (graduated 6/06), Sandy Tran (9/08 – 6/09), Jaspal Kambaj (10/12 – 6/14).

Undergraduate Advisees:
ME199 *Individual Study*:  K. Bowo (graduated 6/91), D. Hang (graduated 6/91), L. Diep (graduated 6/92), O. Wang (graduated 6/92), V. Vucovic (graduated 6/92), S. Patel (graduated 6/92), J. Lee (graduated 12/92), M. Becker (graduated 6/93), D. Brenner (graduated 6/94), S. Horton-King (graduated 6/94), T. Kim (graduated 6/94), D. Sung (graduated 6/94), S. Yu (graduated 6/94), David Stanley (graduated 6/94).

ME151P *Senior Design Project*:  G. Davis, K. Gentile, C. Hunt, J. Kamentser, 1989-1990; G. Arboleda, Q. Duong, C. Elizondo, H. Sandegren, 1990-1991; B. Feher, M. Guiliana, E. Lee, Q. Nguyen, T. Niesar, G. Wintersheild, 1991-1992; D. Brenner, S. Horton-King, Daniel Mayers, 1993-1994.

CBEMS 199 *Individual Study*:  Shawn Noh (graduated 6/95), Yael Bar-Zion (biology major graduated 6/95), Julie Perkins  (graduated 6/95), Shawn Noh (graduated 6/95), Eric Noji (graduated 6/96), Linh Le (graduated 6/98), Nelson Li, Ari Kay, Maryam Hosseini (graduated 6/99), Mohsen Gomaroni (graduated 6/01), Behrooz Entezam (graduated 6/01), Hai Le (graduated 6/01), John Abdenour (graduated 6/01), Ahn Nguyen (graduated 6/02), Joel Angeles (graduated 6/02), Chungche Wu (graduated 6/02), Adam Knapp (graduated 6/04), Mayanne Ayoub (biology major graduated 6/05), Lauren Rieger (graduated 6/05), Christopher Lee (graduated 6/06), Thomas Liu (graduated 6/06), Jeevitha Martin (graduated 6/07), Shereen Dheda (graduated 6/07), Paravee (Belle) Pattanasinth (graduated 6/07), Puja Ruparel (graduated 6/07), Kevin Hung (graduated 6/08), Sandy Tran (graduated 6/08), Michael Yip (graduated 6/11), Minsey Lee (graduated 6/11), Girish Rajendran (graduated 6/11), Yue Zhu (graduated 6/11), Daniel Taxier (graduated 6/11), Christopher Case (graduated 6/12), Philip Chao (graduated 6/12) Jaspal Kamboj (graduated 6/12), Helen Nguyen (graduated 6/12), Bryant Vu (graduated 6/12), Gabriel Soto (graduated 6/13), Carine Todmia (graduated 6/13), Thompson Taing (graduated 6/14).

BME 199 *Individual Study*:  Fatima Al-Rawi (graduated 6/09), Sooye Kim (graduated 6/10), Danahn Nguyen (graduated 6/10), Dolly Ngo (graduated 6/10), Andrew Dinh (graduated 12/10), Wesley Cox-Muranami (graduated 6/11), Paul Kim (graduated 6/11), Priya Malik (graduated 6/11), DeeDee Hui (graduated 6/14), Amanda Zand (graduated 6/13), Melissa Somogyi (graduated 6/14), Shweta Bhatnagar (graduated 6/14), Aren Ebrahimi (graduated 6/14).

H196W *– Honors Thesis*:  Catherine Mescher (graduated 6/01), Michael Jacobs (graduated 6/06)

*Curriculum Vitae of James C. Earthman*

H 199 *Individual Study Honors*:  Stephanie Chan (UG Research Scholarship Recipient, 2005-2006), Nicolas Surdyka (graduated 6/10)

CBEMS 185 *Design with Materials*:  Kenneth Ascio (graduated 6/03)

CBEMS 189 *Senior Design Project*:  Stephen Jones (graduated 6/04), Lisa Chan (graduated 6/05), Michael Liu (graduated 6/05), Michael Jacobs (graduated 6/06), Mark Guerard (graduated 6/06), Carla Schiffler, Calvin Wong, Jeremy Roth (graduated 6/07), Teresa Alejandrino and Kevin Bujo (graduated 6/08), James Costanzo (graduated 6/09), Hong Do (graduated 6/09).

Summer Undergraduate Research Fellows:  Leticia Bustamante (1994), Catherine Mescher (1999).

Undergraduate Research Opportunities Program Awardees:  Andrew Good (2001-2002), Christina Amato (graduated 6/12), Jichi Mao (graduated 6/13), Kevin He (graduated 6/13), Ariel Beroukim (graduated 6/14), Renee Cheung (graduate 6/14), Regina Flora (graduated 6/14), Michael Schutt (graduated 6/14).


EXTRAMURAL FUNDING

1.  A Computer Aided Instructional Program for Computer Aided Design, Computer Graphics, Geometric Modeling, and Visualization of Scientific Data, Apple Computer, Inc., equipment, $46,854, principal investigator (with E. J. Lavernia).

2.  In-Situ Non-Contact Fatigue Micro-Crack Detection Using Laser Light Scattering, July 1, 1989 to October 22, 1990, University Technology Transfer Inc., $88,231, co-principal investigator (with D. Dunn-Rankin).

3.  Grain Boundary Cavitation Processes in $Ni_3Al$ Alloys at Elevated Temperatures, July 1, 1989 to January 1, 1991, Air Force Office of Scientific Research, $75,000, principal investigator (with E. J. Lavernia).

4.  Mechanisms of High Temperature Rupture Under Multiaxial Stress States, July 1, 1990 to June 30, 1993, US Department of Energy, $243,000, principal investigator (with F. A. Mohamed).

5.  Acquisition of  a Quantitative Image Analysis System,  National Science Foundation, $24,314 for equipment, principal investigator (with E. J. Lavernia and F. A. Mohamed).

6.  High Temperature Fracture Mechanisms in Metallic Matrix Composites Produced by Solidification Techniques, September 1, 1990 to February 28, 1994, Air Force Office of Scientific Research, $395,129, principal investigator (with E. J. Lavernia).

*Curriculum Vitae of James C. Earthman*

7. Effect of Impurities on Superplastic Flow and Cavitation, May 15, 1991 to May 14, 1994, National Science Foundation, $339,000, co-principal investigator (with F. A. Mohamed).

8. Augmentation Award for Science and Engineering Research Training, July 1, 1992 to June 30, 1995, Air Force Office of Scientific Research, $100,000, principal investigator.

9. Acquisition of an X-Ray Diffraction Unit, National Science Foundation, $128,328 for equipment, co-principal investigator (with E. J. Lavernia, M. L. Mecartney, F. A. Mohamed and J. Wolfenstine).

10. Mechanisms of High Temperature Crack Growth Under Mixed-Mode Loading Conditions, July 1, 1993 to June 30, 1996, US Department of Energy, $252,849, principal investigator (with F. A. Mohamed).

11. Environmental Testing of EPM Materials for HSCT Combustors, April 1, 1993-March 31, 1996, NASA, $523,754, co-principal investigator (with G. S. Samuelsen, E. J. Lavernia and W. A. Sowa).

12. Microstructure Evolution and Mechanical Behavior of ā-TiAl Processed by Spray Atomization and Deposition, March 1, 1994 to February 28, 1997, Air Force Office of Scientific Research, $425,260, co-principal investigator (with E. J. Lavernia).

13. Interpore International Graduate Fellowship, 1994-1995, Interpore International, $24,375, principal investigator (in support of a student advisee working in the area of biomaterials for bone reconstruction).

14. Corrosion Prevention by Regenerative Biopolymers, March 1, 1995 to February 28, 1998, Electric Power Research Institute, $345,870, principal investigator (with T. K. Wood).

15. Solar Turbines Graduate Fellowship, 1995-1996, Solar Turbines Inc., $33,400, principal investigator (in support of a student advisee working in the area of high temperature fracture of advanced alloys).

16. Steri-Oss Summer Undergraduate Scholarship, 1995, Steri-Oss Inc., $5,000, principal investigator (in support of a student advisee working in the area of the mechanical behavior of biomedical materials).

17. Role of Impurities in Superplastic Flow and Cavitation, August 15, 1995 to July 31, 1998, National Science Foundation, $370,704, co-principal investigator (with F. A. Mohamed).

18. Acquisition of a Field Emission Gun Scanning Electron Microscope, National Science Foundation, $166,000 for equipment, co-principal investigator (with M. L. Mecartney, E. J. Lavernia, F. A. Mohamed and J. Wolfenstine).

*Curriculum Vitae of James C. Earthman*

19. Mechanisms of High Temperature Crack Growth Under Mixed-Mode Loading Conditions, July 1, 1996 to June 30, 1997, US Department of Energy, $83,868, principal investigator (with F. A. Mohamed).

20. UCI Campuswide Reform Initiative for Undergraduate Education, July 1, 1997 to June 30, 1999, National Science Foundation, $199,529, co-principal, (with L. Wilkening, J. Danziger, P. Bryant, E. Lavernia, M. Mecartney, L. Mirón, C. Palmer, M. Pazzani, and R. Stern).

21. Biological Methods for Controlling Corrosion in Industrial Service Water Systems, April 1, 1998 to March 30, 2001, Electric Power Research Institute, $634,000, principal investigator.

22. Processing, Characterization, and Modeling of Cellular Ceramic Networks with Enhanced Mechanical Properties, April 1, 1998 to December 31, 1998, Lawrence Livermore National Laboratory/Department of Energy, $11,500, principal investigator.

23. Role of Impurities in Superplastic Flow and Cavitation, August 1, 1998 to July 31, 2002, National Science Foundation, $405,000, co-principal investigator (with F. A. Mohamed).

24. Field Evaluation of Corrosion Control Using Regenerative Biofilms, January 1, 2001 to March 31, 2004, Electric Power Research Institute, $350,580, co-principal investigator (PI:  Dr. P. J. Arps).

25. Portable Optical Module for Fatigue Damage Precursor Detection, November 1, 2001 to October 31, 2003, Army Research Office, $157,715, principal investigator (in collaboration with Metrolaser, Inc).

26. Novel Multifunctional Lightweight Systems using Multi-Scale Materials: from the Nanoscale to the Mesoscale, November 5, 2001 to March 31, 2004, Office of Naval Research, $2,640,000, co-principal investigator (PI:  E. J. Lavernia).

27. Mechanical Behavior of Bulk Nanostructured Materials, July 1, 2003-June 30, 2006, National Science Foundation, Nanoscale Integrated Research Team (NIRT) Award, $1,300,000 (JCE portion:  $207,845) co-principal investigator (with F. A. Mohamed, PI, and Co-PIs D. Chrzan [UCB], E. Lavernia [UCD], and J. W. Morris [UCB]).

28. Optical Sensor for Detection of Fatigue Damage Precursors, April 1, 2004 to March 31, 2006, NASA (via SBIR II subcontract from Metrolaser, Inc.), $129,600, principal investigator.

29. Percussion Probe Characterization of Orthopedic Osseointegration in an Animal Model, October 1, 2004 to September 30, 2005, Perimetrics, LLC, $35,000, co-principal investigator (F. A. Mohamed is serving as Oversight PI as JCE is a Co-Founder of Perimetrics, LLC; JCE is the Technical PI).

*Curriculum Vitae of James C. Earthman*

30. Static And Dynamic Plastic Deformation of LiF Single Crystals, October 1, 2004 to May 31, 2005, Lockheed Martin Corporation, $25,000, principal investigator.

31. Ontogeny, Mechanics and Function of the Tessellated Skeleton of Cartilaginous Fishes, October 15, 2006 to October 14, 2009, National Science Foundation, $485,000 (JCE portion: $186,097), co-principal investigator (PI: Adam Summers).

32. Nanostructured Scaffolds For Stem Cell Proliferation and Differentiation, SetSquared, September 1, 2007 to August 31, 2008, Center for Enterprise & Innovation, University of Southampton, UK, $40,636 (JCE portion: $12,191), co-principal investigator (PI: Alan Dalton [U. Surrey, UK], Co-PI: Peter Donovan).

33. Diamondoid Stabilized Nanocrystalline Aluminum Alloys, October 1, 2008 to September 30, 2010, UC Discovery Grant, Sponsor: The Boeing Company, $120,285, principal investigator (Co-PI: Farghalli Mohamed).

34. Fatigue Crack Prognostics by Optical Quantification of Surface Roughness, October 7, 2009 to June 19, 2011, DARPA (via SBIR II subcontract from Metrolaser, Inc.), $200,600, principal investigator.

35. Alternating Magnetic Field Treatment of Service Water, November 1, 2009 to October 30, 2011, UC Discovery Grant, Sponsor: Aqua-Phyd, Inc., $340,000, principal investigator (Co-PI: Ruqian Wu, Physics).

36. Mechanical Behavior of Thermally Stable Al Nanocomposites, October 1, 2011 to September 30, 2012, UC Discovery Grant, Sponsor: The Boeing Company, $50,000, principal investigator (Co-PI: Farghalli Mohamed).

37. Development of Advanced NDI Techniques for Composite Bonded Structures, December15, 2012 to March 31, 2013, Northrop Grumman Corporation, $22,000, principal investigator.


Monetary Gifts for Research: $3,500 on October 1, 1991 from Fluor-Daniel; $5,600 on November 21, 1992, $6,000 on July 21, 1992 and $6,000 on December 1, 1992 from Baxter Healthcare Inc.; $1,600 from Interpore International on January 25, 1994; $1,600 from Nobelpharma USA (now Nobel Biocare) on February 28, 1994; $5,800 from Printronix Inc. on October 1, 1996, $2,000 from Printronix, Inc. in January 1997, $2,000 from Printronix, Inc. in April 1997, $2,000 from Printronix, Inc. in July 1997; $500 from Interpore International on July 1997; $3,000 from Printronix, Inc. in September 1997; $37,145 from Edwards Lifesciences, Inc. formerly Baxter Healthcare Cardiovascular Division); $14,000 from Metrolaser Inc. in September 2001; $8,500 from C&C Vision in November 2001; $10,000 from Parker Aerospace in February 2002; $2,000 from Textron Aerospace Fasteners, Inc. in November 2002; $6000 from Edwards Lifesciences, Inc. in May 2003; $15,000 from Parker Hannifin Corp. in December 2003; $5,000 from Textron Aerospace Fasteners in July 2004; $25,000 from Parker Hannifin Corp. in September 2004; $11,000 from Parker Hannifin Corp. in

*Curriculum Vitae of James C. Earthman*

January 2007; $1275 from Aqua-Phyd, Inc. in July 2009; $13,000 from Northrop Grumman Aerospace in December 2012 and March 2014; $18,000 from Drywired, LLC in 2013-2014; principal investigator for all gifts.

Equipment Gifts for Research:  Four Satec materials testing machine from Materials Technology Inc., total estimated value of $10,000; two Siemens Periotest instruments from Bioresearch Inc., estimated total value of $3,000; in vitro dental implant structures, dental chair and dental equipment for human subject research from C. G. Sheets, DDS, estimated total value of $2,500, Four corrosion fatigue testing machines and accessory equipment from Baxter Healthcare Cardiovascular Division, estimated total value of $6,000.

Equipment Gifts for Teaching and Research:  Ten MyDAQ data acquisition and control interfaces from National Instruments, Inc., estimated value of $2000.


SPECIAL INTRAMURAL FUNDING

Investigation of Spark Production by Abrasion of Titanium Golf Clubs under Representative Conditions, April 1, 2012 to March 30, 2013, UCI Environmental Health and Safety in cooperation with the Orange County Fire Authority, $6,000, principal investigator (Co-PI:  Farghalli Mohamed).


PUBLICATIONS

*Books Edited*

X1.    J. C. Earthman and F. A. Mohamed, eds., Proceedings of the Seventh International Conference on Creep and Fracture of Engineering Materials and Structures, TMS, Pittsburgh (1997).

X2.    R. S. Mishra, J. C. Earthman, and S. V. Raj, eds., "Creep Deformation: Fundamentals and Applications," Proceedings of the Symposium on Creep Deformation, TMS, Pittsburgh (2002).


*Book Sections and Chapters*

Y1.    J. C. Earthman, Chair, Creep and Stress-Relaxation Testing, Volume 8 Mechanical Testing and Evaluation, invited chapter, ASM Handbook, ASM International, Materials Park, OH, pp. 361-423 (2000).

Y2.    B. Little, F. Mansfeld, P. J. Arps, and J. C. Earthman, "Microbiologically Influenced Corrosion," invited article, *Encyclopedia of Electrochemistry*, Vol. 4

*Curriculum Vitae of James C. Earthman*

Corrosion and Oxide Films, M. Stratmann and G.S. Frankel, eds., Wiley-VCH Verlag, Weinheim, Germany (2003).

Y3.    B. J. Little, F. B. Mansfeld, P. J. Arps, and J. C. Earthman, "Microbially Influenced Corrosion Testing," *ASM Handbook*, Vol. 13 Corrosion, ASM International, Materials Park, OH, pp. 478-486 (2003).

Y4.    J. C. Earthman, C. G. Sheets, J. M. Paquette, R. M. Kaminishi, W. P. Nordland, R. G. Keim, and J. C. Wu, "Tissue Engineering in Dentistry," invited chapter, *Clinics in Plastic Surgery*, Vol. 30 Tissue Engineering, G. R. D. Evans, ed., pp. 621-639 (2003).

Y5.    J. C. Earthman and P. J. Arps, "Biocorrosion," invited chapter, *Smithell's Metal Reference*, W. F. Gale and T.C. Totemeir, eds., Elsevier and ASM International, New York, pp. **31**-10 to **31**-12 (2004).

*Archival Journals*

A1.    J. C Earthman, J. C. Gibeling and W. D. Nix, "High Temperature Intergranular Crack Growth Processes in Copper and Copper with 1 wt.% Antimony," *Acta Metallurgica*, 33, 805-817 (1985).

A2.    J. C. Earthman and W. D. Nix, "Characterizations of High Temperature Crack Growth in Copper and Copper with 1 wt.% Antimony," *Acta Metallurgica*, 35, 463-472 (1987).

A3.    J. C. Earthman and W. D. Nix, "Simulations of Stable Crack Propagation Based on Cavity Growth by Coupled Diffusional and Creep Processes," *Acta Metallurgica*, 35, 1475-1485 (1987).

A4.    G. Eggeler, J. C. Earthman, N. Nilsvang and B. Ilschner, "A Microstructural Study of Creep Rupture in a 12% Cr Steel," *Acta Metallurgica*, 37, 49-60 (1989).

A5.    W. D. Nix, J. C. Earthman, G. Eggeler and B. Ilschner, "A Parameter for Predicting Creep Rupture Under Multiaxial Stress Conditions," *Acta Metallurgica*, 37, 1067-1077 (1989).

A6.    J. C. Earthman, G. Eggeler and B. Ilschner, "Deformation and Damage Processes in a 12% Cr Steel under High Temperature Low-Cycle Fatigue Conditions in Air and Vacuum," *Materials Science and Engineering*, A110, 103-114 (1989).

*Curriculum Vitae of James C. Earthman*

A7.   C. Wiesner, J. C. Earthman, G. Eggeler and B. Ilschner, "Creep Crack Growth and Cavitation Damage in a 12% Cr Steel," *Acta Metallurgica*, 37, 2733-2741 (1989).

A8.   H. K. Kim, F. A. Mohamed and J. C. Earthman, "A Novel Specimen Geometry for Double Shear Experiments," *Journal of Testing and Evaluation*, JTEVA, 19, 93-96 (1991).

A9.   J. C. Earthman, "Characterization of Small Crack Growth in 12% Cr Mo V Steel Under High Temperature, Low Cycle Fatigue Conditions," *Materials Science and Engineering*, A132, 89-95 (1991).

A10.  H. K. Kim, F. A. Mohamed and J. C. Earthman, "High Temperature Rupture of Microstructurally Unstable 304 Stainless Steel Under Uniaxial and Triaxial Stress States," *Metallurgical Transactions*, 22A, 2629-2635 (1991).

A11.  X. Liang, J. C. Earthman, J. Wolfenstine and E. J. Lavernia, "A Comparison of Techniques for Determining the Volume Fraction of Particulates in Metal Matrix Composites," *Materials Characterization*, 28, 173-178 (1992).

A12.  H. K. Kim, J. C. Earthman and E. J. Lavernia, "Directional Solidification of $Ni_3Al$," *Acta Metallurgica et Materialia*, 40, 637-647 (1992).

A13.  H. K. Kim, E. J. Lavernia and J. C. Earthman, "Mechanisms of Intergranular Cavity Growth in $Ni_3Al$ (Zr, B)," *Acta Metallurgica et Materialia*, 40, 1933-1943 (1992).

A14.  J. Buerkle, D. Dunn-Rankin, K. Bowo and J. C. Earthman, "Rapid Defect Detection by Laser Light Scattering," *Materials Evaluation*, 50, 670-677 (1992).

A15.  X. Liang, J. C. Earthman and E. J. Lavernia, "On the Mechanism of Grain Formation During Spray Atomization and Deposition," *Acta Metallurgica et Materialia*, 40, 3003-3016 (1992).

A16.  J. Wolfenstine, H. K. Kim and J. C. Earthman, "High Temperature Creep Behavior of Polycrystalline $Ni_3Al$ (Zr, B)," *Scripta Metallurgica et Materialia*, 26, 1823-1828 (1992).

A17.  H. K. Kim, J. C. Earthman and E. J. Lavernia, "Primary Dendrite Arm Spacings and Tip Radii in Directionally Solidified $Ni_3Al$," *Materials Science and Engineering*, A152, 240-246 (1992).

A18.  X. Liang, H. K. Kim, J. C. Earthman and E. J. Lavernia, "Microstructure and Elevated Temperature Behavior of a Spray-Atomized and Co-Deposited

*Curriculum Vitae of James C. Earthman*

$Ni_3Al/SiC/TiB_2$ Intermetallic Matrix Composite," *Materials Science and Engineering*, <u>A153</u>, 646-653 (1992).

A19.  H. K. Kim, J. Wolfenstine and J. C. Earthman, "Grain Boundary Sliding in $Ni_3Al(Ta,B)$ Bicrystals," *Scripta Metallurgica et Materialia*, <u>27</u>, 1067-1072 (1992).

A20.  J. Wolfenstine, H. K. Kim  and J. C. Earthman, "High Temperature Creep Transitions in Single Crystalline $Ni_3Al(Ta,B)$" *Journal of Materials Research*, <u>8</u>, 2510-2514 (1993).

A21.  M. Gupta, K. Bowo, E. J. Lavernia and J. C. Earthman,  "Effect of Particulate Type on Fatigue Crack Propagation in Al-Li Based Spray Deposited Metal Matrix Composites," *Scripta Metallurgica et Materialia*, <u>28</u>, 1053-1058 (1993).

A22.  C. G. Sheets and J. C. Earthman, "Natural Tooth Intrusion and Reversal in Implant Assisted Prosthesis—Evidence of and a Hypothesis for the Occurrence," *Journal of Prosthetic Dentistry*, <u>70</u>, 513-520 (1993).

A23.  H. K. Kim and J. C. Earthman, "High Temperature Deformation and Fracture Mechanisms in a Dendritic $Ni_3Al$ Alloy," *Acta Metallurgica et Materialia*, <u>42</u>, 679-688 (1994).

A24.  R. W. Hayes, D. F. Smith, E. A. Wanner and J. C. Earthman, "The Effect of Environment on the Rupture Behavior of Alloys 909 and 718," *Materials Science and Engineering*, <u>A177</u>, 43-51 (1994).

A25.  N. L. Johnson and J. C. Earthman, "Numerical Analysis of Primary Creep Deformation in a Novel Double Shear Specimen Geometry," *Journal of Testing and Evaluation*, JTEVA, <u>22</u>, 111-116 (1994).

A26.  S. Yan, J. C. Earthman, and F. A. Mohamed, "Effect of Cd on Superplastic Flow in the Pb-62%Sn Eutectic," *Philosophical Magazine*, <u>A69</u>, 1017-1038 (1994).

A27.  K. -T. Park, S. T. Yang, J. C. Earthman, and F. A. Mohamed, "The Effect of Impurities on Ductility and Cavitation in the Superplastic Zn-22% Al Alloy," *Materials Science and Engineering*, <u>A188</u>, 59-67 (1994).

A28.  J. Wolfenstine, H. K. Kim  and J. C. Earthman, "Creep Characteristics of Single Crystalline $Ni_3Al(Ta,B)$" *Metallurgical Transactions*, <u>25A</u>, 2477-2482 (1994).

*Curriculum Vitae of James C. Earthman*

A29.  K.-T. Park, J. C. Earthman and F. A. Mohamed, "Microstructure and Cavitation in the Superplastic Zn-22% Al Alloy:  Effect of Solution Heat Treatment," *Philosophical Magazine Letters*, 70, pp. 7-13 (1994).

A30.  D. A. Brenner and J. C. Earthman, "Novel Instrumentation for Quantitative Determination of Energy Damping in Materials and Structures," *Scripta Metallurgica et Materialia*, 31, 467-471 (1994).

A31.  J. C. Earthman, K. L. Murty, B. V. Tanikella, and J. C. Britt, "Effects of Grain-Shape Anisotropy and Texture on Balanced-Biaxial Creep of Ti and Zr Alloys," *JOM*, 46, No. 10, 48-54 (1994).

A32.  X. Jiang, J. C. Earthman, and F. A. Mohamed, "Cavity Nucleation and Cavity-Induced Fracture During Superplastic Deformation," *J. Materials Science*, 29, 5499-5514 (1994).

A33.  K. L. Murty, B. V. Tanikella, and J. C. Earthman, "Effect of Grain Shape and Texture on Equi-Biaxial Creep of Stress Relieved and Recrystallized Zircaloy-4," *Acta Metallurgica et Materialia*, 42, 3653-3662 (1994).

A34.  J. Wolfenstine, H. K. Kim, and J. C. Earthman, "Elevated-Temperature Deformation Mechanisms in $Ni_3Al$," *Materials Science and Engineering*, A192/193, 811-816 (1994).

A35.  P. A. Schmidt and J. C. Earthman, "Development of a Scanning Laser Crack Detection Technique for Corrosion Fatigue Testing of Fine Wire," *Journal of Materials Research*, 10, 372-380 (1995).

A36.  P. A. Schmidt, R. R. Blair, and J. C. Earthman, "Development of a Novel Specimen Geometry for Corrosion Fatigue Testing of Fine Wire,"  *Journal of Testing and Evaluation*, JTEVA, 23, 73-79 (1995).

A37.  W. E. Churley and J. C. Earthman, "Damage Mechanics Approach for Predicting High Temperature Crack Growth under Mixed-Mode Conditions," *Materials Science and Engineering*, A202, 36-42 (1995).

A38.  B. Li, X. Liang, J. C. Earthman, and E. J. Lavernia, "Two Dimensional Modeling of Momentum and Thermal Behavior During Spray Atomization of $\Upsilon$-TiAl," *Acta Materialia*, 44, 2409-2420 (1996).

A39.  X. -G. Jiang, S. T. Yang, J. C. Earthman, and F. A. Mohamed, "Effect of Fe on Ductility and Cavitation in the Superplastic Zn-22 Pct Al Eutectoid," *Metallurgical and Materials Transactions*, 27A, 863-872 (1996).

*Curriculum Vitae of James C. Earthman*

A40.   A.-B. A. El-Nasr, F. A. Mohamed, and J. C. Earthman, "High Temperature Rupture of a SiC Particulate Reinforced Al Composite Under Multiaxial Stress States," *Materials Science and Engineering*, A214, 33-41 (1996).

A41.   C. G. Sheets and J. C. Earthman, "Tooth Intrusion in Implant-Assisted Prostheses," *Journal of Prosthetic Dentistry*, 77, 39-45 (1997).

A42.   A. Jayaraman, J. C. Earthman, and T. K. Wood, "Corrosion Inhibition by Aerobic Biofilms on SAE 1018 Steel," *Applied Microbiology and Biotechnology*, 47, 62-68 (1997).

A43.   W. E. Churley and J. C. Earthman, "High Temperature Crack Growth in 304 Stainless Steel under Mixed-Mode Loading Conditions," *Metallurgical and Materials Transactions A*, 28A, 763-773 (1997).

A44.   A. Chakraborty and J. C. Earthman, "Numerical Models of Creep and Boundary Sliding Mechanisms in Single Phase, Dual Phase and Fully Lamellar Titanium Aluminide," *Metallurgical and Materials Transactions A*, 28A, 979-989 (1997).

A45.   A. Jayaraman, E. T. Cheng, J. C. Earthman, and T. K. Wood, "Importance of Biofilm Formation for Corrosion Inhibition of SAE 1018 steel by Axenic Aerobic Biofilms," *Journal of Industrial Microbiology and Biotechnology*, 18, 396-401 (1997).

A46.   A. Jayaraman, E. T. Cheng, J. C. Earthman, and T. K. Wood, "Axenic Aerobic Biofilms Inhibit Corrosion of SAE 1018 Steel through Oxygen Depletion," *Applied Microbiology and Biotechnology*, 48, 11-17 (1997).

A47.   K. J. C. Chou and J. C. Earthman, "Characterization of Low-Cycle Fatigue Damage in Inconel 718 by Laser Light Scattering," *Journal of Materials Research*, 12, 2048-2056 (1997).

A48.   B. Li, J. Wolfenstine, J. C. Earthman, E. J. Lavernia, "Compressive Creep Behavior of Spray-Formed Gamma Titanium Aluminide," *Metallurgical and Materials Transactions A*, 28A, 1849-1857 (1997).

A49.   A. Chakraborty and J. C. Earthman, "Numerical Models of Creep Cavitation in Single Phase, Dual Phase and Fully Lamellar Titanium Aluminide," *Acta Materialia*, 45, 4615-4626 (1997).

A50.   G. F. Eggeler and J. C. Earthman, "Dislocation Fiber Interactions in Short Fiber Reinforced Metal Matrix Composites During Creep and During Thermal Cycling," *Scripta Materialia*, 38, 341-348 (1998).

*Curriculum Vitae of James C. Earthman*

A51.   A. Chakraborty and J. C. Earthman, "Finite Element Analysis of Cavitating Facet Interaction in a Fully Lamellar Titanium Aluminide Alloy Under Creep Conditions," *Metallurgical and Materials Transactions A*., <u>29A</u>, 957-964 (1998).

A52.   A Yousefiani, J. C. Earthman, and F. A. Mohamed, "Formation of Cavity Stringers During Superplastic Deformation," *Acta Materialia*, <u>46</u>, 3557-3570 (1998).

A53.   V. Bystritskii, E. Garate, J. Earthman, A. Kharlov, E. Lavernia, and X. Peng, "Fatigue Properties of 2024-T3, 7075-T6 Aluminum Alloys Modified using Plasma-Enhanced Ion Beams," *Theoretical and Applied Fracture Mechanics*, <u>32</u>, 47-53 (1999).

A54.   Kh. Ismail, A. Jayaraman, T. K. Wood, and J. C. Earthman, "The Influence of Bacteria on the Passive Film Stability of 304 Stainless Steel," *Electrochimica Acta*, <u>44</u>, 4685-4692 (1999).

A55.   T. Savas and J. C. Earthman, "Fatigue and Stress Analysis of a Novel Test Coupon Geometry Developed for Hydraulic Pressure Impulse Testing," *Journal of Testing and Evaluation*, <u>28</u>, 359-366 (2000).

A56.   A Yousefiani, F. A. Mohamed, and J. C. Earthman, "Multiaxial Creep Rupture in Annealed and Overheated 7075 Al," *Metallurgical and Materials Transactions A*, <u>31A</u>, 2807-2822 (2000).

A57.   B. C. Syrett, P. J. Arps, J. C. Earthman, F. Mansfeld, and T. K. Wood, "Corrosion Control Using Regenerative Biofilms (CCURB) – An Update," *La Metallurgia Italiana*, <u>93</u>, 39-44 (2001).

A58.   Kh. M. Ismail, T. Gehrig, A. Jayaraman, K. Trandem, P. J. Arps, T. K. Wood, and J. C. Earthman, "Corrosion Control of Mild Steel by Aerobic Bacteria under Continuous Flow Conditions," *Corrosion*, <u>58</u>, 417-423 (2002).

A59.   T. Savas, Y. –L. Wang, J. C. Earthman, "The Effect of Heat Treatment on the Corrosion Resistance of 440C Stainless Steel in 20% $HNO_3$ + 2.5% $Na_2Cr_2O_7$ Solution," *Journal of Materials Engineering and Performance*, <u>12</u>, 165-171 (2003).

A60.   S. L. Urtiga, R. Rodriguez, J. C. Earthman, and E. J. Lavernia, "Synthesis of Diamond Reinforced Al-Mg Nanocrystalline Composite Powder using Ball Milling," *Materials Science Forum*, <u>416-4</u>, 213-218 (2003).

*Curriculum Vitae of James C. Earthman*

A61.   J. C. Earthman, J. Angeles, V. Markov, J. Trolinger, J. G. Moffatt, "Scattered Light Scanning for Fatigue Damage Precursor Detection on Turbine Components," *Materials Evaluation*, 62, 460-465 (2004).

A62.   M. Denton and J. C. Earthman, "Corrosion Evaluation of Wear Tested Nitinol Wire," *Materials Science and Engineering C– Biomimetic and Supramolecular Systems*, 25, 276-281 (2005).

A63.   J. D. Lincoln, L. E. Rieger, and J. C. Earthman, "Instrumentation for Determining the Local Damping Capacity in Honeycomb Sandwich Composites," *Journal of Testing and Evaluation*, 34, 232-236 (2006).

A64.   L. R. VanSchoiack, J. C. Wu, C. G. Sheets, and J. C. Earthman, "Effect of Bone Density on the Damping Behavior of Dental Implants:  An In Vitro Method," *Materials Science and Engineering C– Biomimetic and Supramolecular Systems*, 26, 1307-1311 (2006).

A65.   J. C. Earthman, Y. Li, L. R. VanSchoiack, C. G. Sheets, and J. C. Wu, "Reconstructive Materials and Bone Tissue Engineering in Implant Dentistry," invited review article, *Dental Clinics of North America*, 50, 229-244 (2006).

A66.   L.-C. Lai, D. R. Tyson, R. V. Clayman, and J. C. Earthman, "Encrustation of Nanostructured Ti in a Simulated Urinary Tract Environment," *Materials Science and Engineering C– Biomimetic and Supramolecular*, 28, 460-464 (2008).

A67.   R. Akid, H. Wang, T. J. Smith, D. Greenfield, and J.C. Earthman, "Biological Functionalization of a Sol-Gel Coating for the Mitigation of Microbial-Induced Corrosion (MIC)," *Advanced Functional Materials*, 18, 203-211 (2008).

A68.   B. D. Buckner, V. Markov, L.-C. Lai, and J. C. Earthman, "Laser-Scanning Structural Health Monitoring with Wireless Sensor Motes," *Optical Engineering*, 47, paper 054402 (2008).

A69.   T. Savas and J. C. Earthman, "Surface Characterization of 7075-T73 Aluminum Exposed to Anodizing Pretreatment," *Journal of Materials Engineering and Performance*, 17, 674-681 (2008).

A70.   J. D. Lincoln, A. A. Shapiro, J. D. Saphores, J. C. Earthman, and O. A. Ogunseiten, "Design and Evaluation of Bioepoxy-Flax Composites for Printed Circuit Boards," *IEEE Transactions on Electronics Packaging Manufacturing*, 31, 211-220 (2008).

*Curriculum Vitae of James C. Earthman*

A71.  I. Roy, H. W. Yang, L. Dinh, I. Lund, J. C. Earthman and F. A. Mohamed, "Possible Origin of Superior Corrosion Resistance for Electrodeposited Nanocrystalline Ni," *Scripta Materialia*, 59, 305-308 (2008).

A72.  T. Savas and J. C. Earthman, "Corrosion of Type 7075-T73 Aluminum in a 10% $HNO_3$ + $Fe_2(SO_4)_3$ Deoxidizer Solution," *Journal of Materials Engineering and Performance*, 18, 196-204 (2009).

A73.  J. Meyer, C. G. Sheets, and J. C. Earthman, "Visualization of Osseointegration of Maxilla and Mandible Dental Implants," *International Journal of Computer Assisted Radiology and Surgery*, 4, S219-S220 (2009).

A74.  L.-C. Lai, W.-A. Chiou, and J. C. Earthman, "Influence of Electrical Discharged Machining and Surface Defects on the Fatigue Strength of Electrodeposited Nanocrystalline Ni," *International Journal of Fatigue*, 32, 584–591 (2010).

A75.  X. Liu, M. N. Dean, A. P. Summers, and J. C. Earthman, "Composite Model of the Shark's Skeleton in Bending: A novel architecture for biomimetic design of functional compression bias," *Materials Science and Engineering C,* 30, 1077-1084 (2010).

A76.  J. C. Earthman and W. Dang, "Alternating Magnetic Field Treatment of Service Water to Control Pitting Induced by Sulfate Reducing Bacteria," *Corrosion Management*, July/August, No. 96, 11-14 (2010).

A77.  J. C. Wu, L.-C. Lai, C. G. Sheets, J. C. Earthman**,** and R. Newcomb,  "A Comparison of the Marginal Adaptation of Cathode-Arc Vapor-Deposited Titanium and Cast Base Metal Copings," *Journal of Prosthetic Dentistry*, 105, 403-409 (2011).

A78.  K. Maung, R. K. Mishra, I. Roy, L.-C. Lai, F. A. Mohamed, and J. C. Earthman, "Thermal Stability of Cryomilled Nanocrystalline Aluminum Containing Diamantane Nanoparticles," *Journal of Materials Science*, 46, 6932-6940 (2011).

A79.  H. Ajideh, H. Bahia, and J. C. Earthman, "Scanning Laser Detection System Used to Measure Propagation of Fatigue Damage of Asphalt Mixes," *Transportation Research Record*, 2296, 135-143 (2012).

A80.  K. Maung, J. C. Earthman, and F. A. Mohamed, "Inverse Hall-Petch Behavior in Diamantane Stabilized Bulk Nanocrystalline Aluminum," *Acta Materialia*, 60 5850–5857 (2012).

*Curriculum Vitae of James C. Earthman*

A81.   A. Dinh, C. G. Sheets, and J. C. Earthman, "Analysis of Percussion Response of Dental Implants in an In Vitro Study," *Materials Science and Engineering C*, 33, 2657–2663 (2013).

A82.   L. R. VanSchoiack, V. I. Shubayev, R. R. Myers, C. G. Sheets, and J. C. Earthman, "In Vivo Percussion Diagnostics of Implant Stability," *International Journal of Oral & Maxillofacial Implants* 28, 1286-1292 (2013).

A83.   C. G. Sheets, D. D. Hui, V. Bajaj, and J. C. Earthman, "Quantitative Percussion Diagnostics and Bone Density Analysis of Implant Bone Interfaces in a Pre- and Post-Mortem Human Subject," *International Journal of Oral & Maxillofacial Implants*, 28, 1581-1588 (2013).

A84.   J. Arulmoli, B. Vu, M.-J. Sung, F. A. Mohamed, and J. C. Earthman, "Spark Production by Abrasion of Titanium Alloys in Golf Club Heads," accepted for publication in *Fire and Materials* (2014), accessible online.

A85.   X. Liu, M. N. Dean, H. Youssefpour, A. P. Summers, and J. C. Earthman, "Stress Relaxation Behavior of Tessellated Cartilage from the Jaws of Blue Sharks," *Journal of the Mechanical Behavior of Biomedical Materials*, 29, 68-80 (2014).

A86.   T. Savas and J. C. Earthman, "Fatigue Crack Nucleation Studies on Sulfuric Acid Anodized 7075-T73 Aluminum," *Journal of Materials Engineering and Performance*, 23, 2131-2138 (2014).

A87.   S. L. Poveromo and J. C. Earthman, "Analysis of 'Kiss' Bonds Between Composite Laminates," *JOM*, 66, 970-978 (2014).

A88.   C. G. Sheets, D. L. Stewart, J. C. Wu, and J. C. Earthman, "An In Vitro Comparison of Quantitative Percussion Diagnostics to Standard Technique for Determining the Presence of Cracks in Natural Teeth," *Journal of Prosthetic Dentistry*, 112, 267-275 (2014).

*Refereed Articles in Conference Proceedings*
*(presentation speaker is underlined)*

B1.   J. C. Earthman, "Use of Computer Systems in High Temperature Crack Growth Studies," invited paper in the proceedings of *ASTM Symposium on "The Applications of Automation Technology to Fatigue and Fracture Testing"*, STP 1092, 178-187 (1990).

B2.   K. -T. Park, J. C. Earthman and F. A. Mohamed, "Mechanical Behavior and Cavitation in Commercial and High Purity Zn - 22% Al," *Proc. of the*

*Curriculum Vitae of James C. Earthman*

*Symposium on Superplasticity in Metals, Ceramics and Intermetallics,* MRS, 58-64 (1990).

B3. H. K. Kim, X. Liang, E. J. Lavernia and J. C. Earthman, "High Temperature Rupture Mechanisms in a Particulate Reinforced Intermetallic Matrix Composite," *Proceedings of the Symposium on Processing, Fabrication and Performance of Composite Materials II*, AIME, Anaheim, California, 221-230 (1992).

B4. K. Trandem, Kh. Ismail, P. J. Arps, and J. C. Earthman, "Closed-Loop Sidestreams for Investigating Corrosion Control Using Regenerative Biofilms (CCURB) in Service Water Systems," *Proceedings of the Ninth International Symposium on Environmental Degradation of Materials in Nuclear Power Systems—Water Reactors*, F. P. Ford, S. M. Bruemmer, and G. S. Was, eds., TMS, Pittsburgh (1999).

B5. K. Trandem, P. J. Arps, and J. C. Earthman, "Closed-Loop Sidestreams for Investigating Corrosion Control Using Regenerative Biofilms (CCURB)," NACE International Annual Conference, CORROSION/2000, Paper No. 00648, Houston, TX (2000).

B6. K. Trandem, Z. S. Farhangrazi, T. K. Wood, P. J. Arps, and J. C. Earthman, "Field Sidestream Investigations of Corrosion Control Using Regenerative Biofilms (CCURB)," NACE International Annual Conference, CORROSION/2001, Paper No. 01271, Houston, TX (2001).

B7. B. C. Syrett, T. K. Wood, F. Mansfeld, J. C. Earthman and P. J. Arps, "Corrosion Control Using Regenerative Biofilms (CCURB)—An Overview," NACE International Annual Conference, CORROSION/2001, Paper No. 01272, Houston, TX (2001).

B8. A. Barzin, C. G. Sheets, and J. C. Earthman, "Mechanical Biocompatibility of Dental Implant Materials," Proceedings of the 4th Pacific Rim International Conference on Advanced Materials and Processing, (PRICM4) S. Hanada, Z. Zhong, S. W. Nam, and R. N. Wright, eds., The Japan Institute of Metals, 2949-2952 (2001).

B9. B. D. Buckner, V. Markov, J. C. Earthman, and J. Angeles, "A Laser Scanning Technique for Fatigue Damage Precursor Detection and Monitoring," Structural Health Monitoring 2003, *Proceedings of the 4th International Workshop on Structural Health Monitoring*, DEStech Publications, Inc., Lancaster, PA, 1383-1390 (2003).

B10. I. Nieves, F. Arceo, T. G. Nieh, and J.C. Earthman, "Tensile Behavior of Open-Cellular Al Foams at Ambient and Intermediate Temperatures," *Proceedings of the Third Symposium on Hot Deformation of Aluminum Alloys III*, TMS, Pittsburgh, 473-481 (2003).

*Curriculum Vitae of James C. Earthman*

B11.  P. J. Arps, L-C. Xu, R. M. Green , T. K. Wood , F. B. Mansfeld , B. C. Syrett , J. C. Earthman, "Field evaluation of Corrosion Control Using Regenerative Biofilms (CCURB)," NACE International Annual Conference, CORROSION/2003, Paper No. 03714, Houston, TX (2003).

B12.  B. D. Buckner, V. Markov, J. C. Earthman, and J. Angeles, "Tracing the Fatigue Damage Precursor with Laser Scanning Technique (LST)," *Proceedings of the Materials Damage Prognosis Symposium*, Materials Science & Technology 2004 Conference, TMS, New Orleans (2004).

B13.  E. T. Kvamme, J. C. Earthman, D. B. Leviton, and B. J. Frey, "Lithium Fluoride Material Properties as Applied on the NIRCam Instrument," *Proc. SPIE*, Vol. 5904, 59040N, August 25, 2005.

B14.  M. Denton and J. C. Earthman, "Electrochemical Corrosion Characterization of Nitinol Martensite and Austenite Phases," *Proceedings of The International Conference on Shape Memory and Superelastic Technologies*, Monterrey, CA, May 7-11, 2006.

B15.  J. D. Lincoln, J. C. Earthman, O. A. Ogunseitan, J. -D. M. Saphores, and A. A. Shapiro, "Renewable-resource Printed Wiring Board Design using Natural Fibers and a Bio-based Thermosetting Matrix," *Proceedings of the 2007 IEEE Symposium on Electronics & the Environment*, Book Series:  IEEE International Symposium on Electronics and the Environment-ISEE, 190-195 (2007).

B16.  H. Ajideh, H. Bahia, and J. C. Earthman, "Scanning Laser Detection of Crack Precursors in High RAP Content Asphalt Mixture with Improved Fatigue Performance," *Transportation Research Board 92nd Annual Meeting*, report no. 13-5136, 21p (2013).

B17.  S. L. Poveromo and J.C. Earthman, "Development of Percussion Diagnostics in Evaluating 'Kiss' Bonds Between Composite Laminates," *Proceedings of the SAMPE 2013 Conference*, Long Beach, California, May 6-9, 2013.


*Articles in Conference Proceedings*
*(presentation speaker is underlined)*

C1.  J. C. Earthman, J. C. Gibeling, and W. D. Nix, "High Temperature Crack Growth Processes in Cu and Cu + 1 wt.% Sb," *Proceedings of the Conference on Crack Tip Structure and Processes*, National Bureau of Standards, Washington, D.C., 67-74 (1983).

C2.  H. K. Kim, F. A. Mohamed and J. C. Earthman, "High Temperature Rupture of 304 Stainless Steel Under Multiaxial Stresses," *Proceedings of the Fourth*

*Curriculum Vitae of James C. Earthman*

*International Conference on Creep and Fracture of Engineering Materials and Structures*, B. Wilshire and R. W. Evans, eds., The Institute of Metals, London, 853-852 (1990).

C3.  D. -H. Kim, E. J. Lavernia and J. C. Earthman, "Fatigue Crack Growth Behavior of a Continuous Alumina Reinforced Magnesium Alloy," *Proc. of the VI TMS Northeast Regional Symposium on High Performance Composites for the 1990's*, TMS, 117-226 (1991).

C4.  J. Buerkle, D. Dunn-Rankin, K. Bowo, and J. Earthman, "In-Situ Surface Defect Detection by Laser Light Scattering," *Proc. of the American Society of Nondestructive Testing Annual Conference*, Oakland, CA, March 18-22, 156-158 (1991).

C5.  H. K. Kim, X. Liang,  E. J. Lavernia and J. C. Earthman, "High Temperature Deformation and Fracture Mechanisms in Monolithic and Particulate Reinforced Nickel Aluminide Processed by Spray Atomization and Co-Deposition," *Proc. of the Fifth International Conference on Creep of Materials*, Lake Buena Vista, Florida, May 18-21, ASM, 151-162 (1992).

C6.  I. Ahmed, F. A. Mohamed and J. C. Earthman, "High Temperature Rupture of Particulate Reinforced Nickel Under Multiaxial Stress States," *Proceedings of the Fifth International Conference on Creep and Fracture of Engineering Materials and Structures*, B. Wilshire and R. W. Evans, eds., The Institute of Metals, London, 149-158 (1993).

C7.  P. A. Schmidt and J. C. Earthman, "Characterization of Fatigue Damage by Laser Light Scattering," *Proceedings of the Symposium on Nondestructive Evaluation and Material Properties II*, Pittsburgh, TMS, 111-119 (1994).

C8.  B. D. Stanley, L. Bustemante, and J. C. Earthman, "Novel Instrumentation for Rapid Assessment of Internal Damage in Composite Materials," *Nondestructive Evaluation and Material Properties III*, P. K. Liaw, O. Buck. R. J. Arsenault, and R. E. Green, Jr., eds., TMS, 97-100 (1997).

C9.  A. Chakraborty and J. C. Earthman, "Numerical Simulations of Cavitation Damage in TiAl Alloys," *Proceedings of the Seventh International Conference on Creep and Fracture of Engineering Materials and Structures*, J. C. Earthman and F. A Mohamed, eds., TMS, 371-382 (1997).

C10.  A. Yousefiani, A. A. El-Nasr, F. A. Mohamed and J. C. Earthman, "High-Temperature Deformation and Rupture of 7075 Al Under Multiaxial Stress States," *Proceedings of the Seventh International Conference on Creep and Fracture of Engineering Materials and Structures*, J. C. Earthman and F. A Mohamed, eds., TMS, 439-448 (1997).

*Curriculum Vitae of James C. Earthman*

C11.  N. L. Johnson and J. C. Earthman, "Numerical Simulations of Primary Creep in a Particulate Reinforced Metal Matrix Composite Under Multiaxial Stress States," *Proceedings of the Seventh International Conference on Creep and Fracture of Engineering Materials and Structures*, J. C. Earthman and F. A Mohamed, eds., TMS, 729-728 (1997).

C12.  G. Eggeler and J. C. Earthman, "Microstructural Threshold Events Coupled with Internal Stress Evolution:  Controlling Creep Mechanisms in Advanced Materials," *Creep Behavior of Advanced Materials for the 21st Century*, R. S. Mishra, A. K. Mukherjee, and K. L. Murty, eds., TMS, 255-265 (1999).

C13.  S. L. Urtiga Filho, J.C. Earthman, I Nieves, M. H. Robert and T. P. Walked, "Production and Characterization of Aluminium $NbAl_3$ Composite by Mechanical Alloying and In Situ – a Process Comparison," *Fourth International Latin-American Conference on Powder Technology*, São Paulo/Brazil, November 17, 2003.

C14.  V. Markov, B. Buckner, and J. C. Earthman, "Laser Scanning Technique for Fatigue Damage Evolution Detection," *8th International Symposium on Laser Metrology* (LM-2005), R. Rodriguez-Vera and F. Mendoza-Santoyo, eds., Proc. of SPIE, Vol. 5776, pp. 746-756, 2005.

C15.  H. Ajideh and J. Earthman, "Asphalt Fatigue Damage Characterization Based on Laser Scanning Detection and Energy Dissipation," *Late News Proceedings of the TMS Annual Meeting*, pp. 55-62 (2011).


*Published Abstracts*
*(presentation speaker is underlined)*

D1.  J. C. Earthman and W. D. Nix, "A Basic Study of High Temperature Crack Growth in Metals," presented at the *1984 TMS Annual Meeting*, Los Angeles, February 26 - March 1.

D2.  J. C. Earthman and W. D. Nix, "A Study of the Mechanisms that Control Creep Crack Growth," presented at the *1986 TMS Annual Meeting*, New Orleans, March 2 - 6.

D3.  J. C. Earthman and W. D. Nix, "A Parametric Study of Stable Creep Crack Growth by Grain Boundary Cavitation," presented at the *1986 ASM Materials Week Meeting*, Orlando, October 4 - 9.

*Curriculum Vitae of James C. Earthman*

D4.  J. C. Earthman, "The Principal Facet Stress as a Parameter for Predicting Creep Rupture under Multiaxial Stresses," presented at the *1989 TMS Annual Meeting*, Las Vegas, February 27 - March 2.

D5.  J. C. Earthman, "Deformation and Damage Processes in a 12% Cr Mo V Steel under High Temperature Low Cycle Fatigue Conditions," presented at the *1989 TMS Annual Meeting*, Las Vegas, February 27 - March 2.

D6.  H. K. Kim, F. A. Mohamed and J. C. Earthman, "Creep Rupture of 304 Stainless Steel Under Multiaxial Stresses," presented at the *1990 TMS Annual Meeting*, Anaheim, February 18-22.

D7.  K. Bowo, M. Gupta, E. J. Lavernia, and J. C. Earthman, "Fatigue Behavior of a Al-Li-Zr-SiC Material Processed by Spray Atomization and Co-Deposition," presented at the *1991 TMS Annual Meeting*, New Orleans, February 18-21.

D8.  I. Ahmed, F. A. Mohamed and J. C. Earthman, "Mechanisms of High Temperature Rupture in Commercially Pure Nickel Under Multiaxial Stress States," *Ductile Fracture Symp., 1992 TMS Annual Meeting*, San Diego, March 1-5.

D9.  H. K. Kim, X. Liang, E. J. Lavernia, and J. C. Earthman, "High Temperature Fracture Mechanisms in a $Ni_3Al/SiC_p/TiB_{2p}$ Composite," *Ductile Fracture Symp., 1992 TMS Annual Meeting*, San Diego, March 1-5.

D10.  J. C. Earthman, "Corrosion Fatigue Testing Based on Laser Light Scattering," *Golden Gate Materials Technology Conference*, San Francisco, February 3-5 (1993).

D11.  H. K. Kim, J. Wolfenstine, and J. C. Earthman, "Interfacial Sliding in $Ni_3Al$ Bicrystals," *Surface, Environmental and Interfacial Effects on Fracture of High Temperature Materials II Symp., 1993 TMS Annual Meeting*, Denver, February 21-25.

D12.  J. Lee, X. Liang, E. J. Lavernia, and J. C. Earthman, "Interfacial Cavitation in Particulate Reinforced $Ni_3Al$ Matrix Composites Produced by Spray Deposition," *Conference on Processing, Fabrication and Application of Advanced Composites*, Long Beach, August 9-11, 1993.

D13.  N. L. Johnson and J. C. Earthman, "Evolution of Internal Multiaxial Stress States in Particulate Reinforced Metal Matrix Composites Under Creep Conditions," *Creep and Fatigue of Metal Matrix Composites Symp., 1994 TMS Annual Meeting*, San Francisco, Feb. 27 - March 3.

*Curriculum Vitae of James C. Earthman*

D14.  D. E. Lawrynowicz, J. C. Earthman, and E. J. Lavernia, "Atomization and Spray Deposition of Fiber Reinforced Intermetallic Metal Matrix Composites," *High Performance Ceramics and Metal-Matrix Composites Symp., 1994 TMS Annual Meeting*, San Francisco, Feb. 27 - March 3.

D15.  X. -G. Jiang, J. C. Earthman and F. A. Mohamed, "Cavity Nucleation Behavior During Superplastic Deformation," *1994 TMS Annual Meeting*, San Francisco, Feb. 27 - March 3.

D16.  K. J. C. Chou and J. C. Earthman, "Analysis of a Dendritic $Ni_3Al$ Alloy by X-Ray Diffraction," *International Conference on High-Temperature Intermetallics*, San Diego, May 16-19, 1994.

D17.  N. L. Johnson and J. C. Earthman, "Evolution of Internal Multiaxial Stress States in Particulate Reinforced Metal Matrix Composites Under Creep Conditions," *International Conference on Composites Engineering,* New Orleans, August 28-31, 1994, D. Hui, ed., p.241-242.

D18.  X. -G. Jiang, J. C. Earthman and F. A. Mohamed, "Effect of Fe on Cavitation in the Superplastic Zn-22% Al Alloy," *High Temperature Fracture Mechanisms in Advanced Materials Symp., 1994 TMS Fall Meeting,* Rosemont, Illinois, Oct. 2-6.

D19.  S. Yan, J. C. Earthman, and F. A. Mohamed, "Effect of Cd on Superplastic Flow in Pb-62%Sn Eutectic," *1995 TMS Spring Meeting*, Las Vegas, Feb. 12-16.

D20.  K. J. C. Chou and J. C. Earthman, "Characterization of Low-Cycle Fatigue Damage on Inconel 718 by Laser Light Scattering," *High Temperature Materials Characterization Symp., 1995 TMS Spring Meeting,* Las Vegas, Feb. 12-16.

D21.  J. C. Earthman, "Energy Dissipation in Biological Tissues:  Demonstration of Importance and Novel Method of Measurement," *10th Annual Meeting of the Academy of Osseointegration*, Chicago, March 2, 1995.

D22.  A.-B. A. El-Nasr, F. A. Mohamed and J. C. Earthman, "High Temperature Rupture of a SiC Particulate Reinforced Al Composite Under Multiaxial Stress States," *1995 TMS Fall Meeting,* Cleveland, Oct. 30 - Nov. 3.

D23.  J. C. Earthman and B. David Stanley, "Novel Automated Instrumentation for Determining the Damping Capacity of Materials and Structures," *Innovations in Instrumentation for Materials Research Symp., 1996 MRS Spring Meeting*, San Francisco, April 8-12.

*Curriculum Vitae of James C. Earthman*

D24.  J. M. Perkins, C. G. Sheets, and J. C. Earthman, "Effect of the Damping Capacity of Dental Implant Structures on Natural Tooth Movement by Bone Resorption and Growth," *Mechanics of Growth in Biological Systems Symp.*, 1996 ASME Mechanics and Materials Conference, The Johns Hopkins University, Baltimore, June 12.

D25.  A. Chakraborty and J. C. Earthman, "Finite Element Models of High Temperature Deformation Mechanisms in Equiaxed and Fully Lamellar TiAl Alloy Microstructures," *Deformation Mechanisms in Structural Materials Symp.*, 1996 ASME Mechanics and Materials Conference, The Johns Hopkins University, Baltimore, June 14.

D26.  K. J. C. Chou and J. C. Earthman, "Characterization of Low-Cycle Fatigue Damage on Inconel 718 by Laser Light Scattering," *Nondestructive Evaluation and Material Properties Symp.*, *ASM/TMS Materials Week 1996*, October 9, Cincinnati, Ohio.

D27.  N. L. Johnson and J. C. Earthman, "Effect of Internal Stress States on the Creep Rupture of Particulate Reinforced Metallic Matrix Composites under Multiaxial Stress States," *Creep and Stress Relaxation in Miniature Structures and Components Symp.*, ASM/TMS Materials Week 1996, October 8, Cincinnati, Ohio.

D28.  A. Chakraborty and J. C. Earthman, "Finite Element Analysis of Grain Boundary Cavitation in Fully Lamellar Titanium Aluminide Intermetallic Alloy," *Fundamentals of Gamma Titanium Aluminides Symp.*, *1997 TMS Annual Meeting*, Orlando, Feb. 12.

D29.  W. E. Churley and J. C. Earthman, "High Temperature Crack Growth under Mixed-Mode Loading Conditions," *Recent Advances in Fracture Symp.*, *1997 TMS Annual Meeting*, Orlando, Feb. 13.

D30.  A. Yousefiani, F. A. Mohamed, and J. C. Earthman, "High Temperature Rupture of Particulate Reinforced and Unreinforced 2124 Al under Multiaxial Stress States," *Deformation and Fracture of Composites Symp.*, *ASM/TMS Materials Week 1997*, Indianapolis, Sept. 16.

D31.  A. Yousefiani, F. A. Mohamed, and J. C. Earthman, "High Temperature Deformation and Rupture of High Strength Al Alloys under Multiaxial Stress States," *Light Alloy Technology Symp.*, *The 9th Annual Advanced Aerospace Materials & Processes Conference*, New York, June 17, 1998.

D32.  J. C. Earthman, "Automated Instrumentation for Determining the Damping Capacity of Materials and Small Structures," *Miniature Structures &*

*Curriculum Vitae of James C. Earthman*

*Components under Cyclic Loading Symp, TMS Annual Meeting*, San Diego, March 2, 1999.

D33.   A. Yousefiani, F. A. Mohamed, and J. C. Earthman, "High-Temperature Rupture of Particulate Reinforced 2124 Al under Multiaxial Stress States," *Creep Behavior of Advanced Materials for the 21ˢᵗ Century Symp., TMS Annual Meeting*, San Diego, March 1, 1999.

D34.   C. Mescher, (Mentor:  J. C. Earthman), "Energy Dissipation in Natural Teeth and Implants," *UCI Undergraduate Research Symposium*, University of California, Irvine, May 15, 1999.

D35.   J. C. Earthman, "Closed-Loop Sidestreams for Investigating Corrosion Control Using Regenerative Biofilms," *Ninth International Conference on Environmental Degradation of Materials in Nuclear Power Systems, TMS*, Newport Beach, August 5, 1999.

D36.   B. C. Syrett, P. J. Arps, J. C. Earthman, F. Mansfeld, and T. K. Wood, "Corrosion Control Using Regenerative Biofilms (CCURB) – An Update," *Proceedings of Conference on Corrosion in Refinery Petrochemical and Power Generation Plants*, Associazione Italiana di Metallurgia and NACE-Italia, held in Venice, Italy, May 18-19, 2000.

D37.   I. Nieves, F. Arceo, and J. C. Earthman, "Electromechanical Behavior of Open Cellular 6101-T6 Aluminum," *TMS Annual Meeting*, New Orleans, LA, Feb. 12, 2001.

D38.   T. P. Savas and J. C. Earthman, Evaluation of Aluminum Fatigue and Fracture Performance in Machined Hydraulic Flight Control System Components, 12ᵗʰ Advanced Aerspace Materials and Processes Conference (AeroMat 2001), Long Beach, CA, TMS, Pittsburgh (2001).

D39.   J. C. Earthman , "Recent Advances in Modeling Creep Deformation and Damage," Symposium on Creep Deformation, *TMS Annual Meeting*, Seattle, WA, Feb. 18, 2002.

D40.   A. Barzin, C. G. Sheets, J. M. Paquette, and J. C. Earthman, "Dynamic Mechanical Behavior of Dental Implant Structures," invited abstract for the Twenty-First Southern Biomedical Engineering Conference, Washington, DC, Sept. 28, 2002.

D41.   J. C. Earthman, J. Angeles, V. Markov, and J. Trollinger, "Laser Scanning for Fatigue Precursor Detection," *ASM Orange Coast Chapter Meeting*, April 17, 2002.

*Curriculum Vitae of James C. Earthman*

D42.   J. C. Earthman, "Microbially Influenced Corrosion (MIC) in Nuclear Power Facilities," *TMS Fall Meeting*, Columbus, OH, Oct. 7, 2002.

D43.   M. B. Denton and J. C. Earthman, "Effect of Heat Treatment on Tensile and Corrosion-Fatigue Behavior of Ni-Ti," International Conference on Shape Memory and Superelastic Technologies, Pacific Grove, CA, May 4-8, 2003.

D44.   V. Markov, J. Trollinger, J. Angeles, and J. C. Earthman, "Scattered Light Scanning for Fatigue Damage Precursor Detection on Turbine Components," *TMS Annual Meeting*, San Diego, CA, March 4, 2003.

D45.   I. Nieves, F. Arceo, T. G. Nieh, and J. C. Earthman, "Mechanical Behavior of Open-Cellular Al Foams at Ambient and Intermediate Temperatures," *TMS Annual Meeting*, San Diego, CA, March 6, 2003.

D46.   J. D. Lincoln, L. E. Rieger, and J. C. Earthman, "Instrumentation for Determining the Local Damping Capacity in Honeycomb Sandwich Composites," *TMS Annual Meeting*, Charlotte, NC, March 16, 2004.

D47.   M. Denton and J. C. Earthman, "The Effects of Accelerated Wear Testing on the Corrosion Behavior of a Ni-Ti implantable Heart Valve Frame," *TMS Materials Science and Technology Conference*, New Orleans, Sept. 28, 2004.

D48.   V. Markov, J. Trollinger, J. C. Earthman, and J. Angeles, "Tracing the Fatigue damage Precursor with Laser Scanning Technique (LST)," *TMS Materials Science and Technology Conference*, New Orleans, Sept. 29, 2004.

D49.   L. R. VanSchoiack, J. C. Wu, and J. C. Earthman, "Effect of Bone Density on the Damping Coefficients of Dental Implants:  An In Vitro Method," Invited Talk, *TMS Annual Meeting,* San Francisco, Feb. 15, 2005.

D50.   B. D. Buckner, V. B. Markov, and J. C. Earthman, "Light Scattering Diagnostics for Metal Fatigue Detection and Life Estimation," *Annual Meeting of the International Society for Optical Engineering*, San Diego, August 3, 2005.

D51.   R. Akid, H. Wang, T. Smith, and J. Earthman, "Investigation of a Biological Active Sol Gel Coating for Mitigation of Microbial Induced Corrosion (MIC)," 208th Meeting of the Electrochemical Society, Los Angeles, October 18, 2005.

D52.   K. J. C. Chou, T. Kvamme, and J. C. Earthman, "Room Temperature Creep of LiF Single Crystals under Static and Cyclic Loading Conditions," 2005 MS&T Meeting, ASM International and TMS, Pittsburgh, September 27, 2005.

*Curriculum Vitae of James C. Earthman*

D53. J. C. Earthman, L. R. VanSchoiack, and C. G. Sheets, "Percussion Probe Analysis of Implant Stability and Structural Defects in Biological Tissues," extended abstract, *Proceedings of NanoBio 2006*, Frontiers in Biomedical Devices Conference, ASME, UC Irvine, June 8, 2006.

D54. D. R. Tyson, K. Knapp, R. Clayman, and J. C. Earthman, "Potential Use of Nanostructured Titanium for Biomedical Applications in the Urinary Tract", *MS&T 2006*, ASM International, TMS, Cincinnati, October 16, 2006.

D55. L. R. VanSchoiack, J. Janes, V. Shubayev, and J. Earthman, "Matrix Metalloproteinase Influence on Titanium Implant Osseointegration," *TMS Annual Meeting,* Orlando, FL, Feb. 27, 2007.

D56. M. B. Denton and J. C. Earthman, "Affect of Local Roughness on the Mechanical Behavior of NiTi," *TMS Annual Meeting,* Orlando, FL, Feb. 28, 2007.

D57. R. K. Mishra, Indranil Roy, L.-C. Lai, F. A. Mohamed, and J. C. Earthman, "Thermal Stability of Cryomilled Nanocrystalline Al+1% Diamantane," *TMS Annual Meeting,* Orlando, FL, Feb. 28, 2007.

D58. H. Ajideh, B. Burris, H. Bahia, and J. Earthman, "Damage and Performance Property Evaluations of Modified Asphalts Produced by a Novel Modification Technology," *TMS Annual Meeting,* Orlando, FL, Feb. 29, 2007.

D59. L. R. VanSchoiack, V. I. Shubayev, R. R. Myers, and J. C. Earthman, "In Vivo Monitoring of Osseointegration," extended abstract in the *Proceedings of the ASME Frontiers in Biomedical Devices Conference*, Irvine, June 7-8, 2007.

D60. J. Meyer, R. Espiritu, and J. C. Earthman, "Hybrid Volume Rendering for Quantitative Orthodontics", *Seminar Nº 07291 on "Scientific Visualization"*, Dagstuhl Castle, Germany, July 15-20, 2007.

D61. J. C. Earthman and R. Green, "Microbiologically Influenced Corrosion at Three Mile Island Nuclear Power Station," invited presentation, *UK Corrosion*, Sheffield, UK, September 3-5, 2007.

D62. J. C. Earthman, "Structural Diagnostics for Osseointegrated Implants: Achieving a Successful Solid Foundation for Advanced Prosthetics," *Frontiers in Materials Science: Materials for Sports and Medicine, MS&T 2007*, Detroit, September 17-18, 2007.

D63. L. R. VanSchoiack, V. I. Shubayev, R. R. Myers, and J. C. Earthman, "Monitoring Osseointegration in Vivo," *Biomedical Engineering Society Fall Meeting*, Los Angeles, September 26-29, 2007.

*Curriculum Vitae of James C. Earthman*

D64. L.-C. Lai, W.-A. Chou, and <u>J. C. Earthman</u>, "Influence of Electrical Discharge Machining on the Fatigue Behavior of Nano-Crystalline Ni," *Symposium on Competing Failure Modes and Variability in Fatigue Life*, *MS&T 2008*, Pittsburgh, October 5-9, 2008.

D65. <u>M. N. Dean</u>, H. Youssefpour, J. C. Earthman, S. Gorb and A. P. Summers, "Micro-Mechanics and Material Properties of the Tessellated Skeleton of Cartilaginous Fishes," *Integrative and Comparative Biology*. 49(1): e45 (2008).

D66. A. Khosravi, M. K. Louie, A. J. R. Gamboa, W. Chu, A. Lau, R. Lin, H. Truong, R. Alipanah, L. Andrade, C. Ortiz, D. R. Tyson, J. F. Borin, A. F. Yee, F. G. Shi, J. C. Earthman, E. M. McDougall, R. V. Clayman, "Iintravesical Prosthetic Materials: In Vitro and In Vivo (Rabbit) Encrustation and Biocompatibility," Annual Meeting of the American Urology Association (2008).

D67. <u>M. N. Dean</u>, H. Youssefpour, J. C. Earthman, S. Gorb and A. P. Summers, "Micromechanics and Material Properties of the Tessellated Skeleton of Cartilaginous Fishes," *Annual Meeting of the Society of Integrative and Comparative Biology*, Boston, January 3-7, 2009.

D68. <u>K. Maung</u>, J. C. Earthman, and F. A. Mohamed, "Consolidated Cryomilled Al Stabilized with Diamantane," *TMS Annual Meeting*, San Francisco, February 15-18, 2009.

D69. <u>S. T. Tran</u> and J. C. Earthman, "Corrosion Control by Plant-Derived Agents in Silicone Coatings on Mild Steel Exposed to Seawater," *TMS Annual Meeting*, San Francisco, February 15-18, 2009.

D70. <u>J. C. Earthman</u>, K. Maung, K. Hung, F.A. Mohamed, C.M. Franks and A. Yousefiani, "Diamondoid Stabilized Nanocrystalline Aluminum," *20th Advanced Aerospace Materials and Processes (AeroMat) Conference and Exposition*, Dayton, OH, June 7-10, 2009.

D71. <u>K. Maung</u>, J. C. Earthman and F. A. Mohamed, "Mechanical Properties of Nanocrystalline Aluminum Stabilized with Diamondoids," *TMS Annual Meeting*, Seattle, February 14-18, 2010.

D72. X. Liu, M. N. Dean, A. P. Summers, and <u>J. C. Earthman</u>, Numerical Analysis of Tesselated Shark Cartilage in Bending, *TMS Annual Meeting*, Seattle, February 14-18, 2010.

D73. L.-C. Lai, W. -A. Chiou, and <u>J. C. Earthman</u>, "Crack Tip Grain Growth Behavior in Nanocrystalline Nickel under Cyclic Loading Conditions," Plasticity 2011, Puerto Vallarta, Mexico, January 3-8.

*Curriculum Vitae of James C. Earthman*

D74.  X. Liu, H. Youssefpour, M. Dean, A. Summers, and J. Earthman, "Dynamic Mechanical Behavior of Shark Tessellated Skeleton," *TMS Annual Meeting*, San Diego, February 27-March 3, 2011.

D75.  J. Earthman, B. D. Buckner, K. S. Chan, X. Liu, and V. Markov, "Leave-in-Place Laser Scanning for Fatigue Damage Monitoring and Prognosis," *TMS Annual Meeting*, Orlando, March 11-15, 2012.

D76.  K. Maung, C. Arnold, A. Yousefiani, F. Mohamed, J. Earthman, "Mechanical Behavior of Bulk Diamantane Stabilized Aluminum Matrix Nanocomposites," *TMS Annual Meeting*, Orlando, March 11-15, 2012.

D77.  S. Poveromo and J. Earthman, "Quantitative Percussion Diagnostics for Evaluating 'Kiss' Bonds between Composite Laminates," *MS&T 2013*, Montreal, October 27-31, 2013.

D78.  S. Poveromo and J. Earthman, "Development of Percussion Diagnostics in Evaluating 'Kiss' Bonds between Composite Laminates," *TMS Annual Meeting*, San Diego, February 16-20, 2014.

D79.  W. M. Hanna, K. Maung, M. H. Enayati, J. C. Earthman, and F. A. Mohamed, "Effect of Diamantane Nanoparticles on the Thermal Stability of Cryomilled 5083 Aluminum," *TMS Annual Meeting*, San Diego, February 16-20, 2014.

D80.  C. Sheets, D. Stewart, J. Wu, and J. Earthman, "In vitro Comparison of Quantitative Percussion Diagnostics to Standard Techniques for Determining the Presence of Cracks in Natural Teeth," *Second Pan American Materials Conference*, Sao Paulo, Brazil, July 22, 2014.

D81.  S. Poveromo, V. Markov, J. Kilpatrick, A. Apostol, L. Sun, J. Earthman, "Dynamic Finite Element Analysis of Bond Integrity Between Composite Laminates," *Second Pan American Materials Conference*, Sao Paulo, Brazil, July 23, 2014.

D82.  A. Yousefiani, M. Arnold, J. Earthman, "Mechanical Behavior of Diamantane Stabilized Bulk Nanocrystalline Commercially Pure Al and Al-5wt%Mg Alloys," *Second Pan American Materials Conference*, Sao Paulo, Brazil, July 24, 2014.

D83.  S. Poveromo, D. Malcolm, and J. Earthman, "Finite Element Analysis of Bond Integrity Between Composite Laminates," *MSC Software Aerospace & Defense Industry User Meeting*, Newport Beach, CA, September 17, 2014.

*Curriculum Vitae of James C. Earthman*

## PUBLIC LECTURES

E1.   "High Temperature Crack Growth in Copper and Copper with 1 Weight Percent Antimony," invited talk presented at the Swiss Federal Institute of Technology, Lausanne, January 1986.

E2.   "High Temperature Deformation and Damage Mechanisms in 12% Cr Steel," invited talk presented at Lawrence Livermore National Laboratory, September 1987.

E3.   "Fundamental Principles of High Temperature Crack Growth," invited talk presented at the Indian Institute of Technology, Madras, February 1988.

E4.   "Deformation and Damage Mechanisms in 12% Cr Steel Under High Temperature Low Cycle Fatigue Conditions," invited talk presented at the Indian Institute of Science, Bangalore, February 1988.

E5.   "Techniques for Studying Fatigue Crack Growth in Continuous Fiber Reinforced Metal Matrix Composites," invited talk presented at the *WESTEC '91 Conference*, Los Angeles, March 18-21, 1991.

E6.   "Mechanisms of Grain Boundary Cavitation in $Ni_3Al$ (Zr, B)," invited talk presented at the Oxford Centre for Advanced Materials and Composites, Department of Materials, Oxford University, August 8, 1991.

E7.   "Rapid Defect Detection by Laser Light Scattering," invited talk presented at The Welding Institute, Cambridge, England, August 9, 1991.

E8.   "Mechanisms of Grain Boundary Cavitation in $Ni_3Al$ (Zr, B)," invited talk presented at the Department of Materials, Swiss Federal Institute of Technology, Lausanne, August 16, 1991.

E9.   "Mechanisms of Grain Boundary Cavity Growth in $Ni_3Al$ (Zr, B)," invited talk presented at the Center of Excellence for Advanced Materials, Department of Applied Mechanics and Engineering Sciences, University of California, San Diego, October 14, 1991.

E10.  "Automated Testing Techniques for Studying Fatigue Crack Growth in Advanced Materials," invited talk presented at the *17th International Symposium for Testing and Failure Analysis*, ASM, Los Angeles, November 11, 1991.

E11.  "High Temperature Deformation and Fracture of Intermetallic Based Materials," invited talk presented at the March Meeting of ASM International, San Fernando Valley Chapter, March 26, 1992.

E12.  "Deformation and Damage Mechanisms in $Ni_3Al$ Base Materials at Elevated Temperatures," invited talk presented at the Department of Mechanical Engineering Seminar, University of Southern California, April 16, 1992.

*Curriculum Vitae of James C. Earthman*

E13. "High Temperature Rupture of Creep Ductile Materials Under Multiaxial Stress States," invited talk presented at the Department of Mechanical Engineering, University of Nottingham, England, August 19, 1992.

E14. "Characterization of Corrosion-Fatigue Damage by Laser Light Scattering," invited talk presented at the October Meeting of ASM International, Orange County Chapter, October 21, 1992.

E15. "Rapid Defect Detection by Laser Light Scattering," presented at a workshop entitled *Advances in Non-Destructive Testing*, University of California, Irvine, August 24-26, 1993.

E16. "High Temperature Crack Growth," invited lecture in a course on Fracture Mechanics taught by Prof. Behzad Bavarian at California State University, Northridge on February 28, 1995. The lecture was conducted using two-way video conferencing equipment in the Distance Learning Facility in the Media Services Department at UCI.

E17. "New Dental Instrumentation for Measuring Energy Dissipation," invited lecture at the September Meeting of the Osseointegration Study Club of Southern California, LAX Hilton and Towers, September 8, 1995 (Co-Speaker: C. G. Sheets, DDS).

E18. "New Dental Instrumentation for Measuring Shock Absorption Capacity," invited lecture at the *Technology Showcase*, Life Science Industrial Council and UCI UIRT, University of California, Irvine, September 14, 1995.

E19. "Mechanisms of High Temperature Rupture in Particulate Reinforced Metallic Matrix Composites Under Multiaxial Stresses," invited presentation, Swiss Federal Institute of Technology, Lausanne, February 22, 1996.

E20. "High Temperature Rupture in Particulate Reinforced Metallic Matrix Composites Under Multiaxial Stresses," invited presentation, Max-Planck-Institut für Metallforschung and Institut für Metallkunde der Universität, Stuttgart, Germany, February 29, 1996.

E21. "High Temperature Damage Processes in MMCs Under Uniaxial and Multiaxial Loading," invited presentation, DGM High Temperature Materials Group Meeting, Bochum, Germany, March 1, 1996.

E22. "Mechanisms of High Temperature Rupture in Particulate Reinforced Metallic Matrix Composites Under Multiaxial Stresses," invited presentation, Delft University of Technology, Holland, March 7, 1996.

E23. "Spray Processing and Mechanical Behavior of ã-TiAl," invited presentation at the *AFOSR Structural Metals Workshop*, College of the Atlantic, Bar Harbor, Maine, July 21, 1996.

E24. "High Temperature Crack Growth Under Mixed-Mode Conditions, invited talk presented at the Department of Materials Science and Engineering Seminar, University of Southern California, January 16, 1998.

*Curriculum Vitae of James C. Earthman*

E25.   "Dynamic Mechanical Stimulus as a Causative Factor for Tooth Intrusion and Reversal in Implant Borne Prostheses," invited presentation at the *17th International Congress of the Italian Academy of Prosthetic Dentistry*, Bologna, November 20, 1998.

E26.   "Two Year Study on Energy Dissipation in Natural Teeth and Implants," invited presentation at the *1999 Annual Meeting of the American Equilibration Society*, Chicago, February 18 (Co-Speaker:  C. G. Sheets, DDS).

E27.   "Dynamic Mechanical Stimulus as a Causative Factor for Natural Tooth Intrusion," invited presentation at the *1999 Annual Meeting of the Pacific Coast Society of Prosthodontists*, San Diego, June 25.

E28.   "Closed-Loop Sidestreams for Investigating Corrosion Control Using Regenerative Biofilms," invited presentation at the Idaho National Engineering and Environmental Laboratory, Idaho Falls, August 23, 1999.

E29.   "Dynamic Mechanical Behavior of Implants," invited presentation in BME 298 *Seminars in Biomedical Engineering*, Univ. of Calif., Irvine, May 15, 2001.

E30.   "Recent Advances in High Temperature Fracture Research," invited keynote lecture, *La Jolla Creep Workshop,* US Dept. of Energy, June 28, 2001.

E31.   "Recent Progress in Creep Fracture," invited lecture, Materials Science Seminar, Rühr University, Bochum, Germany, July 13, 2001.

E32.   "Dynamic Mechanical Behavior of Dental Implants," invited presentation, *Friadent Immediate Loading Expert Meeting*, Athens, Greece, July 30, 2001.

E33.   "Microbially Influenced Corrosion in Nuclear Power Facilities," invited presentation, Rockwell Scientific Company, Thousand Oaks, CA, November 11, 2002.

E34.   "Dynamic Mechanical Behavior of Dental Implant Materials," invited presentation, Department of Materials Science, University of Southern California, November 22, 2002.

E35.   "Microbiologically Influenced Corrosion—The Good, The Bad, and The Ugly," invited seminar presentation, Dept. of Chemical and Environmental Engineering, Univ. of Calif., Riverside, CA, October 10, 2003.

E36.   "Corrosion Inhibiting Biofilms," invited single session presentation, Gordon Conference on Aqueous Corrosion, New London, NH, July 27, 2004.

E37.   "Percussion Probe Analysis of Implant Stability and Structural Defects in Biomedical Materials," invited seminar presentation, Department of Chemical Engineering and Materials Science, Michigan State University, March 29, 2006.

E38.   "Effect of *R* Ratio and Prior Thermal Treatments on the Fatigue Behavior of Nitinol," invited lecture, Materials Science Seminar, EU Center for Shape Memory Materials, Rühr University, Bochum, Germany, September 12, 2006.

*Curriculum Vitae of James C. Earthman*

E39. "Percussion Diagnostics of Biomaterials in Medicine and Dentistry," invited presentation at the 2007 Eye Institute Collaboration Colloquium, UC Irvine, May 18, 2007.

E40. "Microbiologically Influenced Corrosion at Three Mile Island Nuclear Power Station," invited presentation, *UK Corrosion*, Sheffield, UK, September 3-5, 2007.

E41. "Thermal Stability of Nanocrystalline Al – Diamondoid Alloys Produced by Cryomilling," invited presentation, *Euromat 2007*, Nuremberg, Germany, September 13, 2007.

E42. "Diamondoid Stabilized Nanocrystalline Aluminum," invited seminar presentation, Department of Materials Science and Engineering, UCLA, January 16, 2009.

E43. "Percussion Diagnostics in Dentistry," invited presentation, Schools of Engineering and Dentistry, University of Southern California, January 27, 2009.

E44. "Regenerative Bone Engineering and Diagnostics in Implant Dentistry," invited presentation, 3rd Annual Meeting on Regenerative Endodontics, Nova Southeastern University, February 13, 2009.

E45. "Percussion Diagnostics," invited presentation, Graduate School of Engineering, Mie University, Japan, March 13, 2009.

E46. "Characterization of Structures and Materials using Percussion Diagnostics," invited presentation, Department of Structural Engineering, University of California, San Diego, April 27, 2009.

E47. "Rapid Robust Damage Detection by Light Scattering Rapid Defect Detection," invited presentation, Science and Technology Club, Laguna Woods Village, November 2, 2009.

E48. "Percussion Diagnostics in Dentistry," invited presentation, Schools of Engineering and Dentistry, University of Southern California, March 23, 2010.

E49. "Green Water Treatments to Control Biofouling and Corrosion," invited panel presentation for the session entitled "Future of a Field:  Greentech" at the Association of University Technology Managers Western Regional Meeting, Los Angeles, October 18, 2010.

E50. "Laser Scanning Systems for Compact Structural Health Monitoring," invited presentation, Boeing Distinguished Researcher and Scholar Seminar, Boeing Huntington Beach, November 18, 2010.

*Curriculum Vitae of James C. Earthman*

E51.  "Percussion Diagnostics in Dentistry," invited presentation, Schools of Engineering and Dentistry, University of Southern California, March 14, 2011.

E52.  "Development of Percussion Diagnostics for Evaluating Natural and Synthetic Materials," *ASM WEST/MATSCI UCI Symposium on Biomaterials, Medical Devices and Tools: Challenges with Design, Fabrication and Testing*, Irvine, November 14, 2011.

E53.  "Quantitative Percussion Diagnostics for Evaluating Natural and Synthetic Materials," invited presentation, Department of Nanoengineering, University of California, San Diego, April 30, 2012.

E54.  "Percussion Diagnostics in Dentistry," invited presentation, Schools of Engineering and Dentistry, University of Southern California, March 26, 2013.

E55.  "Panel: Preparing for and Hosting an Accreditation Visit," invited panel presentation, *MS&T 2013*, Montreal, October 28, 2013.

E56.  "Quantitative Percussion Diagnostics for Nondestructive Determination of Structural Integrity," invited presentation, Department of Mechanical Engineering, University of California, Riverside, January 10, 2014.

E57.  "Succeeding at Failure:  Scholarly Work on Damage Mechanisms and In Situ Diagnostic Techniques," invited presentation, Division of Materials Research, National Science Foundation, February, 23, 2014.

E58.  "Percussion Testing," invited presentation, Fall 2014 TCC Meeting, The Composites Consortium, Bethpage, NY, September 17, 2014.


*Poster Presentations*

F1.  J. C. Earthman, "Étude des Mechanismes Microstructuraux en Fatigue Oligocyclique d'Aciers Inoxidables dans l'Air et Sous Vide," poster presented at the *Colloque Plasticité 87*, Lausanne, Switzerland, March 12-13, 1987.

F2.  J. C. Earthman and A. Chakraborty, "Finite Element Analysis of Primary Creep in Fully Lamellar ā TiAl Intermetallics," poster presented at the symposium on *Computational Materials Science* at the *1996 Spring Meeting of the Materials Research Society*, San Francisco, April 10.

F3.  K. Trandem, T. K. Wood, P. J. Arps, and J. C. Earthman, "Field Sidestream Investigations of Corrosion Control Using Regenerative Biofilms (CCURB)", poster presented at the *TMS Annual Meeting*, New Orleans, LA (2001).

*Curriculum Vitae of James C. Earthman*

F4.    Kirsten Trandem, Shadi Farhangrazi, Peggy J. Arps and James C. Earthman, "Corrosion Control Using Regenerative Biofilms (CCURB) Under Service Water Conditions," poster presented at the Gordon Conference on Aqueous Corrosion, London, NH, July 23-27, 2000.

F5.    A. Good, J. Choi, J. LaRue, R. Nelson, J. Earthman, "Fluid Flow Testbed: Bond Testing," poster presented at the Ninth annual UCI Undergraduate Research Symposium, University of California, Irvine, May 11, 2002.

F6.    L. Xu, P. J. Arps, T. K. Wood, and J. C. Earthman, "Corrosion Control Using Regenerative Biofilms at Three Mile Island Nuclear Power Plant," poster presented at the Gordon Conference on Aqueous Corrosion, London, NH, July 14-18, 2002.

F7.    A. Barzin, M. Ayoub, C. G. Sheets, and J. C. Earthman, "Dynamic Mechanical Behavior of Dental Implant Structures and Natural Teeth," poster presented at the 2002 Tech Coast Life Science Innovation Conference, September 10, 2002.

F8.    L. R. VanSchoiack, J. C. Wu, C. G. Sheets, and J. C. Earthman, "Effect of Bone Quality on the Damping Coefficients of Dental Implants:  An In Vitro Method," poster presented at the Fifth University of California Systemwide Bioengineering Symposium, Irvine, June 26-28, 2004.

F9.    M. Denton and J. C. Earthman, "Corrosion Evaluation of Wear Tested Nitinol Wire," poster presented at The Henry Samueli School of Engineering Fourth Annual "California: Prosperity Through Technology" Industry Research Symposium, UC Irvine, May 23-24, 2005.

F10.   L. R. VanSchoiack, J. C. Wu, C. G. Sheets, and J. C. Earthman, "Effect of Bone Quality on the Damping Coefficients of Dental Implants:  An In Vitro Method," poster presented at The Henry Samueli School of Engineering Fourth Annual "California: Prosperity Through Technology" Industry Research Symposium, UC Irvine, May 23-24, 2005.

F11.   I. Nieves, J. W. Calvert, and J. C. Earthman, "Optimizing the mechanical Properties of Bone-Regenerating Free-Form Scaffold Bundles through Structural Reinforcement and Damping," poster presented at the California Tissue Engineering Fourth Annual Meeting, UC Irvine, September 16-17, 2005.

F12.   L. R. VanSchoiack, J. Janes, V. I. Shubayev, and J. C. Earthman, "Matrix Metalloproteinase Influence on Titanium Implant Osseointegration," poster presented at the 2007 TMS Annual Meeting, Orlando, FL, February 25-March 1, 2007.

*Curriculum Vitae of James C. Earthman*

F13.  L. R. VanSchoiack, V. I. Shubayev, R. R. Myers, and J. C. Earthman, "In Vivo Monitoring of Osseointegration," poster presented at the ASME Frontiers in Biomedical Devices Conference, Irvine, June 7-8, 2007.

F14.  A Khosravi, M. Louie, A. Gamboa, , B. Chu, A. Lau,  R. Lin, H. Truong, R. Alipanah, L. Andrade, C. Ortiz, D. Tyson, J. Borin, A. Yee, F. Shi, J. Earthman, E. McDougall, and R. Clayman**, "**In Vitro and In Vivo Encrustation and Biocompatibility Testing of Materials Suitable for Articular Bladder Construction," poster presented at the World Congress of Endourology, Shanghai (2008).

F15.  D. Pick, M. Louie, A. Gamboa, H. Truong, L. Andrade, A. Yee, F. Shi, J. Earthman, E. McDougall, and R. Clayman, "Intravesical Prosthetic Materials: In Vitro And In Vivo (Rabbit) Encrustation And Biocompatibility," poster presented at the Annual Meeting of the Engineering & Urology Society, April 25, 2009.

F16.  J. Gittens, H. Wang, T. J. Smith, R. Akid and J. C. Earthman, "Biotic Sol Gel Coating for the Inhibition of Corrosion in Sea-Water," poster presented at the Spring Meeting of the Society for General Microbiology, Harrogate, UK, March, 2009.

F17.  A. Khosravi, M. K. Louie, A. J. R. Gamboa, W. Chu, A. Lau,  R. Lin, H. Truong, R. Alipanah, L. Andrade, C. Ortiz, D. R. Tyson, J. F. Borin, A. F.  Yee, F. G. Shi, J. C. Earthman, E. M. McDougall, R. V. Clayman, "Intravesical Prosthetic Materials:  In Vitro and In Vivo (Rabbit) Encrustation and Biocompatibility," poster presented at the Annual Meeting of the American Urology Association, Chicago (2009).

*Other*

G1.  J. C. Earthman, "Energy Dissipation in Biological Tissues:  Demonstration of Importance and Novel Method of Measurement," table clinic presented at the *10th Annual Meeting of the Academy of Osseointegration*, Chicago, March 2, 1995.

G2.  J. C. Earthman and T. K. Wood, "Search for Biopolymers to Prevent Corrosion," *EPRI Journal*, Vol. 20, No. 5, 4-5 (1995).

G3.  J. C. Earthman, "First Class PBL—Introduction to Problem Based Learning at the First Class Meeting," Invited Panelist Presentation, Pacific Regional AAAS Meeting, University of California, Irvine, June 18, 2001.

*Curriculum Vitae of James C. Earthman*

COURSES

1. "Non-Destructive Evaluation of Materials Lab," (in French) Swiss Federal Institute of Technology, Lausanne, 1986 - 1988.
2. ME 151B: "Mechanical Engineering Design II—Failure Prevention in Engineering Design," University of California, Irvine, required undergraduate course held every Winter Quarter 1992-1995.
3. ChEMS 175: "Design Failure Investigation," University of California, Irvine, undergraduate elective held every year in the Spring Quarter.
4. ME 156: "Mechanical Properties of Materials," University of California, Irvine, Spring Quarter 1989 (taught in the absence of Prof. F. A. Mohamed on sabbatical leave).
5. MSE 256A: "Mechanical Behavior of Engineering Materials," University of California, Irvine, Winter Quarter 2006 (taught in the absence of Prof. F. A. Mohamed on sabbatical leave).
5. MSE 256B: "Fracture of Engineering Materials," University of California, Irvine, held every three years (new graduate course which was first held in the Winter Quarter 1989).
6. MSE 256C: "Fatigue of Engineering Materials," University of California, Irvine, held every three years (new graduate course that began in the Winter Quarter 1990).
7. MSE/ChEMS 263: "Computer Techniques in Experimental Research," University of California, Irvine, held every three years (new graduate course that began in the Fall Quarter 1989).
   "Data Acquisition and Instrumentation," University of California, Irvine, new course held for the first time in the Winter Quarter 1995. Taught to displaced engineers in the Biomedical Engineering Track of the Accelerated Engineering Technology Reinvestment Program at UCI.
   E 54: "Principles of Materials Science and Engineering," University of California, Irvine, required engineering undergraduate course.
   E 5: "Exploring the Engineering Mind—Bicycles to Biomaterials," University of California, Irvine, undergraduate breadth course for non-engineering majors, held in Spring Quarter 1998 and 1999.
   UNI STU 3C: "Successes and Failures in Materials Science and Engineering" University of California, Irvine, undergraduate seminar course, held in the Spring Quarter 2003 and 2004.
   ChEMS 189: "Senior Design Project in Materials Science Engineering" University of California, Irvine, undergraduate senior design group advisor, held Fall, Winter and Spring Quarters 2003-2004 and 2004-2005.

*Curriculum Vitae of James C. Earthman*

*Extramural Instructional Support*

1. <u>Automated Testing Electronics for ME258</u>, September 30, 1991, National Instruments, $2,045 in equipment.

2. MVision Materials Database Software for ME151B, November, 1991, PDA Engineering, $15,000 in software for the DEC 5000 workstation.

3. MVision Materials Database Software Upgrade for ME151B, November, 1992, PDA Engineering, $10,000 in software for the DEC 5000 workstation.

<u>UNIVERSITY SERVICE</u>

| | |
|---|---|
| Facilities Committee Member<br>Department of Mechanical and Aerospace Engineering | 11/89 - 8/91 |
| Facilities Committee Chair<br>Department of Mechanical and Aerospace Engineering | 9/91 - 6/93 |
| Senior Design Project Committee Member<br>Department of Mechanical and Aerospace Engineering | 8/91 - 6/93 |
| TEM Research Committee Member<br>Department of Chemical and Biochemical Engineering<br>and Materials Science | 7/91 – 6/97 |
| Computer Committee Member<br>Department of Mechanical and Aerospace Engineering | 7/91 - 6/93 |
| Seminar Coordinator<br>Department of Mechanical and Aerospace Engineering | 7/89 – 6/93 |
| One of 9 faculty associates on Irvine Research Unit<br>Proposal entitled:  Center for Risk and Reliability<br>Studies | 3/89 - 6/93 |
| Member of the Representative Assembly of the Academic<br>Senate | 9/89 - 8/90 |
| Participant in the Cross-Cultural Mentorship Program<br>Mentees:  Jerome Davis (91-92), Alicia Ibarra (92-93), and<br>Felicia Bixler (94-95) | 9/91 - 6/95 |
| Invited presentation at the LINC/UCI Technology Showcase | 9/14/95 |

*Curriculum Vitae of James C. Earthman*

in the Special Session: A Sampling of Leading Edge Medical
Device Technology From UC Irvine.

| | |
|---|---|
| Biomedical Engineering Academic Planning<br>Committee Member | 5/93 – 2/98 |
| Member of the Organizing Committee for the<br>Advanced Nondestructive Testing Workshop held at UCI | 6/93-9/93. |
| Co-Director of the Biomedical Engineering Program at UCI<br>(with Prof. Steve George) | 3/96 – 2/98 |
| Associate Chair for the Department of Chemical<br>Engineering and Materials Science | 3/98 – 10/02 |
| Academic Plan Advisory Committee<br>for the School of Engineering | 3/99 – 10/02 |
| Committee for Biomedical Engineering<br>for the School of Engineering | 4/99 - present |
| Biomedical Engineering Steering Committee | 4/99 – 3/01 |
| Biomedical Engineering Graduate Admissions Committee | 4/99 – 3/01 |
| Invited presentation at the UCI NSF Program on<br>Science, Mathematics, Engineering, & Technology<br>in the Special Session: E5 Exploring the Engineering<br>Mind—A New Course for Non-Engineering<br>Majors for increased Science and Engineering Literacy<br>and a Greater Appreciation of Engineering Challenges. | 4/6/99 |
| Biomedical Engineering Internship Committee | 10/99 – 10/02 |
| Member of the Irvine Division Planning and Budget Council<br>–Academic Senate | 10/99 – 12/00 |
| Vice Chair of the Irvine Division Planning and Budget Council<br>–Academic Senate | 10/00 – 9/01 |
| University-Wide Committee on Planning and Budget<br>–Academic Senate | 10/99 – 5/01 |
| Invited presentation at the Teaching Colloquy on<br>Problem Based Learning | 10/18/01 |

*Curriculum Vitae of James C. Earthman*

–Division of Undergraduate Education

| | |
|---|---|
| Chair of the Irvine Division Council on Planning and Budget<br>–Academic Senate | 10/01 – 9/03 |
| Vice Chair of the Academic Planning Group<br>–Office of the Executive Vice Chancellor | 10/01 – 9/03 |
| Member of the UCI Budget Work Group | 1/02 – 9/03 |
| NACS Faculty Focus Group Member | 1/03 – present |
| Materials Science Engineering ABET Focus Group Member | 3/03 - present |
| Chair of the HSSOE Faculty Recognition Committee | 12/03 – 6/04 |
| Undergraduate Advisor, MSE Undergraduate Degree | 9/04 – 10/06 |
| Member of the HSSOE Undergraduate Studies Committee | 9/04 – 10/06 |
| Irvine Representative to the University-Wide Senate Assembly | 9/04 – 8/06 |
| Faculty Advisor, UCI Chapter of American Society of<br>Materials (ASM) | 9/04 – 9/07 |
| Chaired an Administrative Review of the Office of the Executive<br>Vice Chancellor | 1/05 – 3/05 |
| Ex-Officio Reviewer for the Council on Research, Computing<br>and Library Resources | 5/05 |
| HSSoE Representative, Council on Academic Personnel | 9/05 – 8/06 |
| Test of English Proficiency (TOEP) Panelist | 9/11/06 |
| Graduate Advisor, Materials Science and Engineering,<br>Department of Chemical Engineering and Materials Science | 10/06 – 9/07 |
| Peer Reviewer for the UC Industry-University Cooperative<br>Research Program | Fall 06 |
| Associate Vice Chancellor for Research (50% position) | 3/1/07 – 2/28/09 |
| Graduate Resource Center Advisory Board Member | 4/09 – present |

*Curriculum Vitae of James C. Earthman*

| | |
|---|---|
| Materials Science and Engineering Teaching Committee | 3/1/10 – 6/1/11 |
| Panel Reviewer for the UC Proof of Concept Grant Program | 6/12 |
| Interim Graduate Advisor, MSE Program | Spring 2014 |
| DECADE Mentor | 1/12 – present |
| Provost PhD and Graduate LEAD Fellowship Review Committee | 2/12-3/12 |
| Division of Undergraduate Education Review Team Member | 2/14 – 4/14 |
| ABET Lead Faculty Member, MSE Program | 2/13 – present |
| Department Teaching Committee | 4/13 – present |

## COMMUNITY SERVICE

| | |
|---|---|
| Assistant Coach (AYSO Soccer) | Fall '95, '96, '03 |
| Assistant Coach (Irvine Little League) | Spring '96, '97 |
| Head Coach (AYSO Soccer) | Fall '97 |
| Cubmaster (Cub Scout Pack 607) | 12/97 – 7/04 |
| Umpire (Irvine Little League) | Spring '03 |
| Manager (Irvine Little League) | Spring '04 |
| Materials Science Demonstration (Vista Verde School) | Winter '05 |
| Member of the UCI Interfaith Board | Winter '04 – present |

# EXHIBIT 6

## Exhibit 6:  U.S. Patent No. 8,454,204 (Infringement and Validity Summary)

| Claim/Element | Infringing Element | Missing in Prior Art |
|---|---|---|
| 1. A recessed lighting fixture located in an opening of a surface, the surface having an outer side and an inner side, the recessed lighting fixture comprising: | (claim preamble) | |
| an LED driver having a power cable; | Element "A" | |
| an LED array disposed underneath the LED driver and connected thereto; | Element "B" | |
| a heat sink having a cylindrical body with a top and an open bottom, the top receiving the LED driver and LED array disposed at the open bottom, | Element "C" | |
| wherein a plurality of heat fins extend radially from the heat sink, and | Element "D" | |
| wherein a radial flange circumscribes the bottom of the heat sink and defines a flat, first annular surface, | Element "E" | |
| wherein the heat sink, fins, and flange include a heat dissipating and conductive material; | Elements "C, D, E"; also, Paragraph 9 of my declaration and Exhibit 8 confirm the "heat dissipating and conductive material." | |
| at least one magnet disposed on the first annular surface of the flange; | Element "F" | X |
| an interchangeable trim ring with an open center, a top and a bottom, | Element "G" | X |
| the trim ring including a heat dissipating and conductive material and a magnetically attractive material, and | Element "G"; also, Paragraph 9 of my declaration and Exhibit 8 confirm the "heat dissipating and conductive material." | X |
| further including a flat, second annular surface at the top that abuts the first annular surface of the flange for thermal conduction therebetween, | Element "G" | |
| the first and second surfaces joined via at least the magnet; and | Elements "E, F, G" | X |
| wherein the flange of the heat sink and the trim ring are located at the outer side of the surface. | Elements "E, G" | X |
| 2. The recessed lighting fixture of claim 1, wherein the fixture includes a plurality of magnets recessed into the flange of the heat sink. | Elements "F, H" | X, plus missing elements of Claim 1 |

| | | |
|---|---|---|
| 6. The recessed lighting fixture of claim 1, wherein the bottom of the trim ring is at least one of electro-plated, anodized, and painted. | Element "G" | X, plus missing elements of Claim 1 |
| 8. The recessed lighting fixture of claim 1, wherein the heat sink includes a material selected from the group consisting of aluminum, steel, cast iron, or ceramic. | Element "C" | Missing elements of Claim 1 |
| 9. The recessed lighting fixture of claim 1, wherein the trim ring includes a sloped wall surrounding the open center and the sloped wall includes a light reflective surface. | Element "G" | Missing elements of Claim 1 |
| 10. A recessed lighting fixture located in an opening of a surface, the surface having an outer side and an inner side, the recessed lighting fixture comprising: | (claim preamble) | |
| an LED driver having a power cable; | Element "A" | |
| an LED array disposed underneath the LED driver and connected thereto; | Element "B" | |
| a heat sink having a cylindrical body with a top and an open bottom, | Element "C" | |
| wherein a plurality of heat fins extend radially from and above the heat sink such that the LED driver rests on top of the heat fins leaving a plurality of open spaces therebetween, and | Elements "I, J" | |
| wherein a radial flange circumscribes the bottom of the heat sink and defines a flat, first annular surface; | Element "E" | |
| wherein the heat sink, fins, and flange include a heat dissipating and conductive material; | Element "C, D, E" | |
| at least one magnet disposed on the first annular surface of the flange; | Element "F" | X |
| an interchangeable trim ring with an open center, a top and a bottom, including a heat dissipating and conductive material and a magnetically attractive material, and | Element "G" | X |
| further includes a flat, second annular surface at the top that abuts against the first annular surface of the flange for thermal conduction, and | Element "G" | |
| attaching thereto via at least the magnet, | Element "E, F, G" | X |

| | | |
|---|---|---|
| the trim ring further including a sloped wall surrounding the open center having a light reflective surface; and | Element "G" | X |
| wherein the heat sink flange and the trim ring are located at the outer side of the surface. | Element "E, G" | |
| 13. The recessed lighting fixture of claim 10, wherein an air tight gasket is disposed on top of the flange of the heat sink. | Element "K" | X, plus missing elements of Claim 10 |
| 14. The recessed lighting fixture of claim 10, wherein the power cable includes a detachable Edison screw plug. | Element "L" | |
| 15. The recessed lighting fixture of claim 14, wherein the power cable includes a snap lock connector to connect and disconnect the Edison screw plug. | Element "M" | |
| 16. A recessed lighting fixture located in an opening in a ceiling panel, the lighting fixture comprising: | (claim preamble) | |
| a cylindrical shaped heat sink having a low aspect ratio such that the height is less than the diameter, | Element "C" | |
| the heat sink having a top and a bottom, an open center at the top leading to a cavity facing the bottom, | Element "C" | |
| the cavity having a sloped wall, | Element "C" | |
| the heat sink having a flange at the bottom extending radially outward and defining a flat surface at the bottom; | Element "C, E" | |
| heat fins disposed at the top and outer circumference of the heat sink; | Element "D" | |
| an LED driver having an electrical cable, wherein the LED driver is disposed on the heat fins leaving an air gap between the LED driver and the heat fin; | Element "A, D, I" | |
| an LED array electrically connected to the LED driver and disposed at the open center; | Element "A, B" | |
| an interchangeable trim ring having an open center with a sloped wall defining a reflector that is covered in a light reflective material, | Element "G" | X |
| wherein the reflector overlies the sloped wall of the cavity, | Element "G" | X |

| | | |
|---|---|---|
| the trim ring further including a flat annular surface engaging the flat surface of the heat sink flange for thermal conduction therebetween, | Element "G" | |
| wherein the trim ring at the flat annular surface and the heat sink flange are disposed below the ceiling panel; and | Element "E, G" | |
| a rare earth magnet attaching the flat annular surface of the trim ring to the flat surface of the heat sink flange. | | X |
| 17. The recessed lighting fixture of claim 16, wherein the electrical cable includes a detachable Edison screw plug. | Element "L" | |
| 18. The recessed lighting fixture of claim 16, wherein the open center include a lens enclosing the LED array. | Element "N" | |
| 20. The recessed lighting fixture of claim 16, wherein the heat sink includes cast aluminum. | Element "C" | |

# EXHIBIT 7















# EXHIBIT 8



# EXHIBIT 9

US007722227B2

(12) **United States Patent**                    (10) **Patent No.:**     **US 7,722,227 B2**
Zhang et al.                                       (45) **Date of Patent:**      **May 25, 2010**

(54) **LIGHTING FIXTURE WITH RECESSED BAFFLE TRIM UNIT**

(75) Inventors: **Kanghong Zhang**, Torrance, CA (US); **Daniel Dix**, Irvine, CA (US)

(73) Assignee: **Cordelia Lighting, Inc.**, Rancho Dominguez, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/249,683**

(22) Filed: **Oct. 10, 2008**

(65) **Prior Publication Data**

US 2009/0097262 A1      Apr. 16, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 29/295,943, filed on Oct. 10, 2007, now Pat. No. Des. 595,452.

(60) Provisional application No. 60/979,068, filed on Oct. 10, 2007.

(51) **Int. Cl.**
     *F21V 17/00*          (2006.01)
(52) **U.S. Cl.** ...................... **362/364**; 362/147; 362/294; 362/362; 362/365; 362/373
(58) **Field of Classification Search** ......... 362/147–148, 362/294, 362, 364–366, 368, 372–373
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,951,151 | A | 9/1999 | Doubeck et al. |
| 6,217,189 | B1 | 4/2001 | Nassim |
| 6,719,438 | B2 | 4/2004 | Sevack et al. |
| 7,186,008 | B2 | 3/2007 | Patti |
| 7,220,029 | B2 | 5/2007 | Bynum et al. |
| 7,255,461 | B2 | 8/2007 | Yang |
| 2008/0112170 | A1* | 5/2008 | Trott et al. .................. 362/311 |

* cited by examiner

*Primary Examiner*—Sandra L O'Shea
*Assistant Examiner*—Meghan K Dunwiddie
(74) *Attorney, Agent, or Firm*—Paul Y. Feng; Fulwider Patton LLP

(57)                    **ABSTRACT**

A recessed lighting fixture providing illumination from a light source comprising a plurality of light emitting diodes (LEDs) placed within a cavity of a planar surface, such as a ceiling, wall, or shower. The fixture comprises a baffle integrated with a low profile heat sink that is used to draw heat out of the fixture and communicate that heat to a trim ring of the fixture for dissipation of the heat in the room so that higher intensity light sources can be used. Improved grounding of the recessed trim unit to the recessed housing is provided with combination support and grounding springs. One embodiment of the light source is fixed in position while a second embodiment is gimbal mounted for aiming the light produced by the fixture.

**26 Claims, 20 Drawing Sheets**





FIG. 1



FIG. 1A



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19

US 7,722,227 B2

**1**

# LIGHTING FIXTURE WITH RECESSED BAFFLE TRIM UNIT

## CROSS-REFERENCES TO RELATED APPLICATIONS

This application claims priority from U.S. Provisional Application No. 60/979,068, filed Oct. 10, 2007, and from U.S. Design Application No. 29/295,943 filed Oct. 10, 2007, both of which are incorporated herein by reference in their entireties.

## BACKGROUND

The present invention relates generally to lighting fixtures and, more particularly, to a recessed lighting fixture that provides improved heat dissipation and grounding.

Recessed lighting fixtures are well known in the art. Ideally, such fixtures are designed to be visually unobtrusive in that very little of the lighting fixture is visible from below the ceiling. However, some trim portions are visible as well as the light sources. An opening is cut into the ceiling into which most of the light fixture is mounted so that very little extends below the plane of the ceiling. A trim piece, which may take the form of a bezel, is generally located at the opening to enhance the appearance of the light fixture and conceal the hole cut into the ceiling. Typically, the trim piece is slightly below the planar surface of the ceiling.

Such bezels or other types of trim pieces also include insulation located between the trim piece and the ceiling. In many cases, recessed lighting fixtures are installed in holes in ceilings where the temperature is much different from that of the room into which the light fixture provides illumination. The insulation tends to oppose changes of the room temperature due to the hole cut in the ceiling for the light fixture.

Although described in a ceiling embodiment, such light fixtures are also used in walls in both dwelling structures and in automobiles, in numerous commercial building applications, and in many other applications. For the sake of reference, such lighting fixtures are referred to herein as "recessed."

Different light sources are used for recessed lighting fixtures. Some light sources generate substantial amounts of heat, so much so that the rating of the light fixture must be displayed and warnings given that light sources above a certain wattage could pose an overheating danger and are not to be used. However, in some cases, the light fixture must be located a substantial distance away from the object to be illuminated and higher wattage light sources are necessary to develop the amount of illumination needed. Such wattage limits imposed by the lighting fixtures can undesirably limit the amount of light furnished by the fixture. For example, light fixtures located in higher ceilings, which are more common today, or light fixtures that are meant to shine at an angle other than perpendicular to illuminate an object, may not provide enough light for the object if lower wattage light sources must be used. Consequently, light fixtures able to accommodate higher heat levels are desired in such situations. Such light fixtures must be able to dissipate increased levels of heat to avoid a hazard.

There are two basic configurations of recessed lighting fixtures. One is know as a fixed position light source and the second is known as a movable or gimbaled light source. The first does not permit the light source to be aimed differently than when it was mounted while the second permits relatively easy movement of the light fixture for changing the aim of the light. In the second configuration, movement of the light source to change its aim without disassembly of the fixture is provided. Both types are useful for many applications and in both, the dissipation of heat is a concern.

Gimbaled lighting fixtures were created in which the light can be easily aimed. As is commonly used, a gimbaled mounting provides two mutually perpendicular and intersecting axes of rotation thus giving free angular movement in two directions. In the case of a recessed light source, a gimbaled mounting would provide for tilting the light source to achieve elevational control of its aim, and swiveling, or rotating, the light source to achieve azimuth control. This aiming procedure would typically be performed by a person who must touch the light source while it is in the "on" configuration; i.e., while power is being applied to the light source, so that the direction of light can be seen during adjustment. Touching the light source for aiming or other purposes while "on" exposes the person to any electrical potential or charge residing at the light source. Even if not aiming the light source, touching it for the purpose of repair or replacement can subject the person to any electrical potential residing on the light source. Dissipating heat and any electrical potential are two needs that have been identified for recessed lighting fixtures.

As a brief overview of a recessed light source fixture, a recessed "can" or housing is fixedly mounted into the ceiling through the opening. Such housings are generally metallic and electrically conductive. They also are generally connected to earth ground. A "trim unit," which includes one or more light sources, a trim ring, and other devices to provide the aesthetic design and lighting functions is mounted within the housing. Various "trim units" may be available for mounting within any one housing. The trim unit typically receives the light bulb or other light source or sources and provides the necessary electrical power to them for illumination.

Various structures have been devised for holding a trim unit in a can. One desired structure is the use of devices that interlock or mate with other devices to positively hold the trim unit in place in the can. Other approaches involving only friction to maintain the trim unit in place are less desirable. It would also be desirable for such mounting devices to form an electrical pathway to the can so that any electrical charge that may build up on the trim unit can be dissipated.

Hence, those skilled in the art have recognized the need for a light fixture in which brighter light sources can be used and any commensurate higher levels of heat can be dissipated. Those skilled in the art have also recognized a need for providing improved means for dissipation of heat from light sources and electrical supply devices used in recessed light fixtures, and for providing the dissipation of any electrical energy that may be developed at the light fixture, in particular at the part of the fixture more likely to be touched by a person attempting to repair or aim the light source. A need has also been recognized for a positive mounting arrangement of the trim unit in the recessed housing so that the trim unit is held in the housing through an interference or interlocking mounting system sufficient to prevent the trim unit from falling out of the recessed housing. The present invention fulfills these needs and others.

## SUMMARY OF THE INVENTION

Briefly and in general terms, the present invention is directed to a recessed lighting fixture that allows aesthetically pleasing illumination when the fixture is placed within a cavity of a planar surface, such as a ceiling, wall, or shower. A low profile heat sink is integrated with a baffle to result in improved heat control. An improved grounding of the trim unit to the recessed housing is also provided.

US 7,722,227 B2

**3**

In accordance with aspects of the invention, there is provided a recessed lighting fixture located in an opening of a surface, the surface having an outer side and an inner side, the lighting fixture comprising a recessed housing located in a recessed configuration in the opening of the surface adjacent the inner side, a lighting trim unit comprising, a trim ring configured to be disposed at the opening the outer side of the surface, a light source that emits light, the light source located within the recessed housing and disposed so as to emit light at the opening, a baffle surrounding the light source and in contact with the trim ring to direct light from the light source at the opening, the baffle having a first end located adjacent the opening in the surface and a second end located within the recessed housing opposite the first end, and a low profile heat sink integrated with the baffle, wherein the integrated baffle heat sink draws heat out of the recessed housing and conducts it to the trim ring, whereby heat communicated to the trim ring may be dissipated at the outer side of the surface.

In accordance with more detailed aspects, the integrated baffle heat sink surrounds the light source. The integrated baffle heat sink is in contact with the light source to draw heat from the light source. The trim ring and the baffle are formed together as a single part. In another aspect, the trim ring, the baffle, and the integrated baffle heat sink are formed together as a single part.

Further more detailed aspects include the baffle being formed into the baffle heat sink having a plurality of heat sink fins protruding outwardly. In another aspect, the baffle heat sink fins protrude radially outwardly and are oriented in parallel with a longitudinal axis of the baffle. The sizes and number of baffle heat sink fins are selected to result in the integrated baffle/heat sink being low profile.

In yet more detailed aspects, the recessed lighting fixture further comprises a second heat sink located at the second end of the baffle to which the light source is mounted, the second heat sink configured to draw heat from the light source, the second heat sink connected to the baffle. The second heat sink comprises a plurality of heat sink fins protruding outwardly. The recessed lighting fixture further comprises a driver configured to provide power to the light source with the second heat sink being mounted to the driver and to the light source, the second heat sink configured to draw heat from the light source and driver, the second heat sink connected to the baffle.

In other aspects, the recessed lighting fixture comprises a light source that is fixed in position in relation to the trim ring and integrated baffle/heat sink so that light provided by the light source cannot be selectively aimed. In another aspect, the light source is movable in position in relation to at least one of the trim ring, the housing, and the integrated baffle/heat sink so that light provided by the light source can be selectively aimed. The movable light source is gimbal mounted.

Other aspects include the trim unit further comprising an electrically conductive spring in electrical contact with the trim unit, the spring having two elongated legs for contact with the recessed housing, each leg having a bent portion at an end that is shaped so as to engage a portion of the recessed housing in an interference fit to thereby hold the trim unit in place in relation to the recessed housing and provide an electrical pathway between the trim unit and the recessed housing. The recessed housing comprises spring mounting openings for receiving the bent ends of the spring to thereby hold the trim unit in place in the recessed housing. Further, the ends of the springs are spaced from a mounting point of the spring to the trim unit to provide a fail-safe distance of engagement with the recessed housing in the event that the trim unit were to fall slightly from the recessed housing due to shock or vibration.

**4**

In other more detailed aspects, a first portion of the trim ring is located on the outer side of the opening and a second portion of the trim ring extends into the opening, and the spring has a central coil which is attached to the second portion of the trim ring to thereby hold the first portion of the trim ring against the opening and hold the remaining portion of the trim unit in the recessed housing when the ends of the springs are engaged with the recessed housing.

Yet other aspects include the trim unit further comprising a tilting mechanism to which the light source is mounted to permit adjustment of elevational aim of the light source without having to remove the trim unit from the recessed housing. The trim unit further comprises a gimbal mounting mechanism disposed so that the light source is gimbal mounted in relation to one or both of the trim ring and the housing.

Other aspects include the light source comprising at least one light emitting diode.

In accordance with still further aspects of the invention, there is provided a recessed lighting fixture located in an opening of a surface, the surface having an outer side and an inner side, the lighting fixture comprising a recessed housing located in a recessed configuration in the opening of the surface adjacent the inner side, a lighting trim unit comprising a trim ring having a first portion located on the outer side of the opening and a second portion of the trim ring extending into the opening, the trim ring formed of an electrically and thermally conductive material, a light source that emits light, the light source located within the recessed housing and disposed so as to emit light at the opening, a baffle having an integrated low profile heat sink formed as a single piece disposed about the light source and connected with the trim ring, the baffle located within the recessed housing, wherein the integrated heat sink comprises a plurality of heat sink elements protruding outwardly, the baffle formed of an electrically and thermally conductive material, and a metallic spring in electrical contact with the baffle, the spring configured to engage the recessed housing to thereby establish an electrical pathway between the baffle and the housing and to hold the trim unit in place in relation to the recessed housing.

In more detailed aspects, the light source comprises a plurality of light emitting diodes. The light source is fixed in position and cannot be moved to change the direction of light emitted, and in another aspect, the light source is configured to be movable so that the direction of light emitted by the light source can be selectively aimed.

These and other aspects, features, and advantages of the present invention will become apparent from the following detailed description of the preferred embodiments which, taken in conjunction with the accompanying drawings, illustrate by way of example the principles of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a top perspective view of a planar surface having an opening made to receive a recessed light fixture at the inner side of the surface, showing the recessed housing of the fixture and, in partial cutaway, a schematic view of a trim unit mounted in the housing with associated wiring;

FIG. **1**A is a cross-sectional side view diagram showing the recessed housing of FIG. **1** mounted in the opening of the planar surface with the trim ring being located on the outer side of the planar surface through which an opening was made to receive the recessed light fixture, also shown is a coiled torsion spring used to hold the trim unit in the housing;

FIG. **2** is a bottom perspective view of a trim unit in accordance with aspects of the invention having a fixed position light source, showing the frusto-conically-shaped baffle with

US 7,722,227 B2

**5**

integrated heat sink, a plurality of LED lights forming a light source, a driver to provide appropriate power to the LED lights, a grounding strap connected to the trim unit for attachment to the housing, a light socket adapter, and electrically conductive mounting springs usable to provide an electrical pathway between the trim unit and the housing;

FIG. **3** is a top perspective view of the trim unit shown in FIG. **2** showing more detail of the heat sink integrated with the baffle which are also made formed with the trim ring as a single piece, the electrically conductive mounting springs, the driver, and a second heat sink disposed between the driver and the LED lights to further draw heat away from the light fixture, the view also showing how the integrated baffle/heat sink and trim ring formed as a single piece will assist in drawing heat away from the light source to dissipate the heat on the outer side of the planar surface in which the recessed fixture is mounted;

FIG. **4** is a further embodiment of a trim unit having a fixed position light source similar to FIGS. **2** and **3** in which the trim ring and baffle with integrated heat sink are formed as a single piece for conducting heat out through the trim ring, also demonstrating the optional use of a driver in that the light emitting diodes of this embodiment do not require a driver, hence non has been installed at the trim unit resulting in the figure more clearly showing the second heat sink at the end of the baffle, the second heat sink being formed as a single piece with the end cap of the baffle, the circuit board of the LED lights being attached to the inner surface of the end cap;

FIG. **5** is an exploded view of the trim unit of FIGS. **2** and **3** showing in some detail the lenses that are positioned over the LED lights, the single piece baffle/heat sink and trim ring combination, the second heat sink formed as part of the trim unit end cap as a single piece, the drive unit, and the electrically conductive mounting springs;

FIG. **6** is a side view of the trim unit of FIGS. **2** and **3** showing a grounding strap for connection to a grounded recessed housing or "can" such as that shown in FIG. **1**, and an AC light socket adapter for engaging a mains power connecter;

FIG. **7** is a side view of the trim unit of FIGS. **2**, **3**, and **6** rotated ninety degrees from FIG. **6** showing the attachment of the electrically conductive mounting springs to the trim unit, and also showing the heat radiating fins formed as an integral part of the baffle;

FIG. **8** is a bottom view of the trim unit of FIGS. **6** and **7** mounted in a housing or "can" showing five LED light sources that are fixed in position, the trim ring that would be located on the outer side of the planar surface within which the recessed light fixture is mounted as shown in FIG. **1**, the inner portion of the baffle that is integrated with the heat sink, and the mechanical and electrical interconnection of the trim unit with the recessed housing effected by the physical interference or interlocking fit of the springs with openings or brackets positioned on the internal surface of the recessed housing;

FIG. **9** is a top view of the trim unit of FIG. **5** in which the light source is fixed in position, showing the attachment of the electrically conductive mounting springs to the trim unit, the driver unit, the light socket adapter that may be screwed into a standard electrical light socket for receiving electrical power, the ground strap, and the heat radiating fins located on the integrated baffle/heat sink;

FIG. **10** is a bottom perspective view of a gimbaled trim unit that can be tilted in elevation and swiveled in azimuth to enable selection of the aim of the light source, showing the trim ring, the baffle with integrated heat sink, a plurality of

**6**

LED lights, a driver to provide power to the lights, a ground strap, a light socket adapter, and electrically conductive mounting springs;

FIG. **11** is a top perspective view of the gimbaled trim unit shown in FIG. **10** showing more detail of a gimbals mechanism permitting the tilting of the trim unit to control the elevational aim of the light source and rotation of the integrated baffle/heat sink device to control the azimuthal aim of the light source, also showing the electrically conductive mounting springs, the driver, and a second heat sink disposed between the driver and the LED lights to further draw heat away, the view also showing the integrated baffle/heat sink in contact with a trim ring to assist in drawing heat away from the light source;

FIG. **12** is a further embodiment of a gimbaled trim unit that may both be tilted for elevational aim control and swiveled for azimuthal aim control, also demonstrating the optional use of a driver in that the light emitting diodes of this embodiment do not require a driver, hence non has been installed at the trim unit resulting in the figure more clearly showing the second heat sink at the end of the baffle;

FIG. **13** is an exploded view of the gimbaled trim unit of FIGS. **10** and **11** showing in detail the gimbals mechanism that provides the ability to aim the light source through tilting and rotating, the LED light sources and lenses, the integrated baffle/heat sink, the trim unit end cup with integrated heat sink, the driver unit, and the electrically conductive mounting springs;

FIG. **14** is a side view of the trim unit of FIGS. **10** and **11** showing a grounding strap for connection to a grounded recessed housing, and a light socket adapter for engaging mains power for use in powering the light source;

FIG. **15** is a side view of the gimbaled trim unit of FIGS. **10**, **11**, and **14** rotated ninety degrees from FIG. **14** showing more clearly the attachment of the electrically conductive mounting springs;

FIG. **16** is a side view of FIG. **15** in which the gimbaled trim unit has been selectively tilted by approximately fifteen degrees to aim the light from the light sources at a selected location;

FIG. **17** is a top perspective view of the tilted gimbaled trim unit of FIG. **16**, the view being rotated at an angle from that shown in FIG. **16** to show the gimbaled tilt axis and the stop device for limiting the azimuthal aiming of the light source;

FIG. **18** is a bottom view of the gimbaled trim unit of FIG. **16** showing five LED light sources, the trim ring that is located on the outer side of the planar surface within which the recessed light fixture is mounted, the baffle, and the electrically-conductive mounting springs for securing the gimbaled trim unit in a housing; and

FIG. **19** is a top view of the gimbaled trim unit of FIG. **18** showing the electrically conductive mounting springs, the driver unit, the integrated baffle/heat sink, the light socket adapter that may be screwed into a standard electrical light socket, and the heat radiating fins located on the integrated baffle/heat sink.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring now to the drawings in more detail in which like reference numerals refer to like or corresponding devices among the views, there is shown in FIGS. **1** and **1A** a top perspective view and a side view, respectively, of a planar surface **30** having an opening **32** made to receive a recessed light fixture **34**. Both figures show the recessed housing **36** or "can" of the light fixture and in cutaway views, a trim unit **38**

7

mounted within the housing. Power wires **40** provide power to a drive unit **42** that provides power to the light sources (not shown). The trim unit includes a trim ring **44** located on the outer side **46** of the planar surface **30** that is larger than the opening **32** (shown in FIG. **1**A). The trim ring covers the opening and provides a stop surface for the trim unit **38** so that it cannot be recessed entirely into the opening. In the case where the planar surface **30** is a ceiling, the trim ring is located within the room **47** of which the ceiling forms a part. As described below in more detail, the trim ring is configured to draw heat away from the trim unit **38** and conduct it to the room **47** for dissipation which will result in cooling of the trim unit.

Although shown as free standing in FIG. **1**, the recessed housing **36** may also be braced by connection to studs or other construction features in the ceiling or wall or other structure in which it is located. Details of such common and well known mounting techniques for recessed housings have been excluded for the sake of clarity in the drawings. Various additional mounting techniques are well known to those of skill in the art and no further details are provided herein. The provision of electrical energy in FIG. **1** is shown as two wires from a conduit **48**; however, as will be shown in other figures, electricity may be provided by other means, such as a light socket adapter.

The light source, such as light emitting diodes ("LEDs"), and/or the driver **42** that provides the necessary electrical energy to cause the LEDs to emit light typically create heat. Because they are located within the housing **36**, the internal space **49** in the housing will typically increase in temperature. In accordance with an aspect of the invention, the trim unit **38** is configured to conduct heat from the heat-producing elements to the trim ring **44** that is located within a much larger space; i.e., the room **47**. It can be seen in FIG. **1**A that the trim ring **44** located within the room **47** is in contact with the other components of the trim unit **38** located within the recessed housing **36**. Those other components of the trim unit are also in contact with heat that may exist in the internal space **49** of the housing **36**, and are therefore equally capable of also conducting that heat to the trim ring for dissipation within the room. In this way, heat developed within the housing can be better controlled. This enables the use of higher wattage light sources in the trim unit.

Also shown partially in FIG. **1**A is the use of springs **80** to hold the trim unit **38** within the recessed housing **36**. Although not shown clearly, the torsion springs **80** are fit into openings in the housing in an interlocking manner resulting in the force of the springs pulling and holding the trim unit up in the housing with the trim ring **44** held against the outer side **46** of the surface **30**. Although not shown, insulation may be positioned between the trim ring **44** and the opening **32** of the outer side **46** of the surface **30** to prevent the temperature of the air in the area **51** surrounding the recessed housing **36** from affecting the temperature in the room.

Referring now to FIGS. **2** and **3**, bottom and top perspective views are provided of a first trim unit **50**. This particular trim unit is a fixed position trim unit, meaning that once mounted, the aim of the light source within it cannot be changed. This is in contrast to a gimbaled light source in which the light source aim can be relatively easily moved, as is discussed in more detail below. The trim unit of FIGS. **2** and **3** comprises a trim ring **52**, similar to that shown in FIGS. **1** and **1**A, which is part of a baffle **54**. In this case, the baffle and trim ring are a single piece; however in other embodiments, they may be separate pieces, as discussed and shown below. In accordance with an aspect of the invention, the baffle is integrated with a low profile heat sink **56** used to draw heat from the light

8

sources **57** mounted within the baffle. The heat drawn from the light sources may be transferred from the trim unit **50** by thermal transfer, such as convection, conduction, or radiation. The integrated baffle/low profile heat sink includes, in this embodiment, a plurality of heat sink fins **58**. Although the drawing numeral **58** is only pointing to a single fin, it is meant to include all fins in the figures. A single fin is indicated with the reference numeral to maintain the clarity of the drawing. The same reason applies for the reference numeral **57** to indicate a light source. In FIGS. **2** and **3**, and in other figures, a plurality of light emitting diodes (LEDs) **57** are used for the light source. For the sake of clarity of the drawings, the numeral **57** is only pointing to one, although it is meant to include all.

In this embodiment, the heat sink fins have a rectangular cross-sectional shape, although other shapes can be used. Also, the heat sink fins are oriented radially about the longitudinal axis **59** of the integrated baffle/heat sink **54/56** and extend in parallel with that longitudinal axis. The heat sink fins **58** provide a much larger surface area for the dissipation of heat conducted to the fins from the enclosed light sources.

FIGS. **2** and **3** also show the use of a light socket adapter **60** to provide power for light source operation, although other means may also be used. In this embodiment, a driver unit **62** is wired **64** to the adapter and processes the received electrical energy for use by the light sources **57**. A ground strap **66** is also provided in this embodiment to provide an electrical connection between the driver unit **62** and the housing **36** (FIG. **1**), which is typically grounded to earth ground. A connector **68** is provided for easy connection and disconnection of the drive unit to the light source **57**. Additionally, a second heat sink **70** (FIG. **3**) is provided to draw heat away from the drive unit and heat from the light source that exits at the trim cup **72** located at the second end **73** of the baffle. In this embodiment, the trim ring **52** and integrated baffle and heat sink **54** are formed as a single piece of cast aluminum. The trim cup **72** and second heat sink **70** are also formed as a single piece of cast aluminum in this embodiment

Also forming a part of the trim unit **50** is a pair of torsion springs **80**. Each spring includes a central coil **82**, two elongated legs **84** and a bent end **86**. In this case, the end is bent at a right angle to engage receiving slots formed into or mounted to the recessed housing, which will be shown in a later figure. The torsion springs are electrically conductive and are attached to respective spring brackets **88** to form both a mechanical bond and an electrical pathway to the baffle **54**. The brackets are electrically conductive and are riveted to the baffle thus providing electrical communication between the baffle and the springs. The length of the elongated legs of the springs is selected so that the springs hold the trim ring firmly against the outer side **46** of the planar surface **30** in which the recessed fixture is installed so that shock or vibration will not cause the fixture to fall out of the recess or opening **32**. At the same time, the length is selected so that the trim unit **38** can be pulled downward from the recess housing far enough to disengage the bent ends **86** from the slots in the housing for removal of the trim unit.

To briefly reiterate, in the embodiment represented by FIGS. **2** and **3**, the baffle, integrated heat sink, and trim ring, all of which are formed as a single piece, are formed of an electrically conductive and thermally conductive metal, the torsion spring mounting bracket and rivet are also formed of electrically conductive and thermally conductive metal as are the torsion springs themselves. This arrangement of electrically conductive materials provides an electrical pathway for any charge that may tend to build up on the trim ring, baffle, or other parts to be dissipated by the connection of the torsion

springs to the recess housing **34**. Although FIGS. **2** and **3** show a stand-alone ground strap **66**, not every recess housing may provide such a ground wire. Therefore, the trim unit in accordance with this aspect of the invention makes such a grounding pathway available in any case.

FIG. **4** provides a further embodiment of a fixed position trim unit **90** that is similar to that provided in FIGS. **2** and **3**. However FIG. **4** demonstrates the optional use of a driver for the LEDs. In this embodiment, the light emitting diodes do not require a driver, hence non has been installed at the trim unit **90**. Power is provided to the LED lights directly from a light socket adapter **60** through the wires **64**. Because there is no driver used in this embodiment, the trim cup **72** with integral second heat sink **70** can be more clearly seen. In this embodiment, the trim cup and second heat sink are integrally formed as a single piece of cast aluminum. The second heat sink fins **74** have a trapezoidal cross-section shape in this embodiment, although other shapes may be used. The grounding strap **66** is attached to the trim cup by a screw **76** in this embodiment to establish electric communication with the trim unit **90**. As discussed previously, the grounding strap **66** will be attached at a convenient location to the housing **36** (FIG. **1**) which is typically connected to an earth ground. The trim cup **72** further includes a wire opening **78** through which the power wires **64** are located to provide power to the array of LEDs **57** within the baffle **94**. The trim cup also includes two screw guides **79** at each end of the second heat sink **70** for receiving screws used to mount the driver device to the trim cup (see FIG. **3**).

FIG. **4** also shows screw standoffs, one of which is indicated by numeral **94**, for securing the trim cup with its attached light source printed circuit board to the baffle **98**. The second heat sink **70** remains integrated with the baffle. Otherwise, the configuration remains the same as in FIGS. **2** and **3**. An exploded view of the trim unit **90** of FIG. **4** is shown in FIG. **5**.

Turning now to FIG. **5** in more detail, the baffle **98** with integrated heat sink **100** which is formed as a single piece with the trim ring **52** is shown with torsion springs **80** and torsion spring brackets **102**. Electrically conductive metallic rivets **104** are used to hold the brackets to the baffle **98**. A tempered glass plate **106** is disposed in the cavity **110** of the baffle **98** below the LED light sources (not shown) which are located within LED lenses **108**. The trim cup **112** and second heat sink **70** are formed as a single piece of electrically and thermally conductive material and serve as a mounting platform for the driver **42**, the LED printed circuit board **96** and the LEDs, although they are not shown in this figure. Although LEDs are indicated as the device used to provide light in this embodiment, other devices may be used; the LED is only one example. The light source is indicated by the collective reference numeral **114** in this example. The connector **68** includes both male and female parts. Standard screws **116** are used to complete the embodiment of FIG. **5**.

FIGS. **6** and **7** are assembled side views of the fixed position trim unit **50** of FIGS. **2** and **3** rotated from each other by ninety degrees. Each view shows the drive unit **42** attached to the trim cup **112** which in turn, is attached to the baffle **98**. Trim cup with integrated second heat sink, baffle, and the integrated baffle heat sink are all formed of cast aluminum in one embodiment. FIG. **7** shows further detail of the second heat sink **70** and heat sink fins **74**. Also in FIGS. **3**, **4**, **5**, and **7**, the coil **82** of each of the spring members **80** includes three coils wrapped around a bent member **88** of each of the brackets **102**. In one embodiment, the bent member **80** is simply a portion of the bracket that has been cut on three sides and forced to bend inward far enough to provide a support for the

respective coils **82** of the spring **80** as seen in FIG. **7**. As mentioned earlier, the rivets **104** used to hold the brackets **102** to the baffle are electrically conductive thereby establishing an electrical pathway from the trim unit **50** to the springs **80** and to the housing **36**, as shown in FIG. **8**. Any charge that tends to build up on the trim unit can therefore be dissipated by conducting it through this pathway to the earth-grounded housing **36**.

FIG. **8** provides a bottom view of the trim unit **50** clearly showing the trim ring **44** and five LED lights **120** that form a part of the light source **114** (FIG. **5**). The figure also shows the interaction of the springs **80** with the recessed housing **36** in that the bent ends **86** of the springs are disposed in spring mounting openings **122** formed as part of the housing. In this case, the spring mounting openings are formed from brackets attached to the inner wall **118** of the housing. Other embodiments are possible, such as where a portion of the housing is cut and bent inward to receive the spring ends. The position of the housing openings **122** for receiving the spring ends and the length of the springs from their mounting points at the trim unit are selected to provide a fail-safe distance **124** (see FIG. **9**) of engagement with the recessed housing. This fail-safe distance results in the springs being under sufficient tension to hold the trim unit in place in the housing during periods of shock and vibration experienced by the light fixture **34** that may tend to cause the trim unit to fall slightly from the recessed housing, yet the selected tension nevertheless will permit a person to pull the trim unit down from the recessed housing far enough to disconnect the springs from the housing openings for repair or replacement of the trim unit. An example of the configuration of the springs at a fail-safe distance is shown in FIG. **1A**, although the openings in the housing **36** are not visible.

FIG. **9** shows a top view of the trim unit **50** showing the light socket adapter **60**, driver unit **42**, baffle **98** with integrated heat sink **54** having heat dissipation fins **58**, elongated springs **80** for mounting the trim unit to the housing as shown in FIG. **8**, and a ground strap **66**. The three coils **82** of the spring about the mounting bracket **102** are visible as is the bent tab **88** holding the springs in position on the brackets which permit the springs to engage the integrated baffle **98** and heat sink **54** combination to support the trim unit **50** while it is mounted within the recessed housing. The rectangular cross-section shape of the heat sink fins **58** can be seen from FIG. **9**, although other embodiments may use fins having different cross-sectional shapes such as trapezoidal. Insulation spacers **126** are shown about which an insulation ring may be located. Such an insulation ring would be located between the trim ring **44** and the opening **32** of the surface **30** in which the recessed lighting fixture **34** is mounted to insulate the temperature of the space **51** in which the recessed lighting fixture is located from the temperature of the room **47** or other space into which illumination from the light fixture is directed. See FIG. **1A**.

In the embodiment of FIGS. **10** and **11**, bottom and top perspective views of a gimbaled trim unit **130** that can be tilted in elevation and swiveled in azimuth to enable selection of the aim of the light source is shown. A trim ring **132** is provided although it is not formed as a single piece with the trim ring in this gimbaled embodiment. As seen in FIG. **10**, the baffle **134** is frusto-conical in shape. Mounting/grounding springs **80** are also provided as in the other embodiments. Also, a light socket adapter **60** with wires **64**, grounding strap **66**, connector **68**, and driver unit **42** are provided also, as in other embodiments. However in this embodiment, the baffle **134** and the light source **120** are movable, or gimbaled, in relation to the trim ring **132** so that the light source may be

US 7,722,227 B2

11

tilted to control the elevational aim of the light source and swiveled so that the azimuth position can be selected to permit accurate aiming of the light source. One of the pivot points of the tilt axis of the gimbal device is provided by a rivet **136** as can be seen in FIG. **11**. The rivet **136** fixedly connects the gimbal mounting flange **168** of the integrated baffle/low profile heat sink to a rotation ring **140**. An outer edge **143** of the rotation ring **140** rests on an inner ledge **145** of the trim ring **132** (seen in FIG. **13**) so that the rotation ring can be freely rotated in relation to the trim ring. The rotation ring is prevented from being pulled off the ledge of the trim ring **132** by clips **133**. Thus a complete gimbal mounting is provided that permits the baffle/low profile heat sink **134** and surrounded light source **120** to tilt for elevation aim control and swivel for azimuth aim control in relation to the trim ring **132**.

Turning now additionally to FIG. **12**, a further embodiment of a trim unit **170** shown in FIG. **11** is provided. The embodiment of FIG. **12** demonstrates the optional use of a driver for the LEDs. In this embodiment, the LEDs do not require a driver, hence non has been installed at the trim unit. As a result, the second heat sink **70** located at the second end **73** of the baffle is more visible. A gimbal axis **138** is formed by the rivet **136** for the tilt control of the integrated baffle/heat sink device **134**. As shown in FIG. **12**, the visible rivet **138** has an enlarged head that does not touch the inside surface of the trim ring, but will touch the rotational control device **150** which comprises a tab **150** that is bent inward from the spring support bracket **148**. This tab provides an obstacle to the rivet head **138** of the rotation ring **140** and will prevent rotation of the rotation ring and baffle past the point of contact with the bent tab. There are two spring support brackets located diametrically opposite each other (see FIG. **13**). If both have tabs **150** bent inward, the rotation ring will be limited to one-hundred and eighty degrees of rotational movement. If only one bracket has a bent tab, the rotation ring will be limited to three hundred and sixty degrees of rotational movement.

In this case, each spring support bracket is attached to the trim ring **132** by two electrically conductive and thermally conductive rivets **160**. Because the baffle/heat sink device **134** is riveted to the rotation ring, which rests on a portion of the trim ring, heat and electrical charge on the baffle/heat sink will be conducted to the trim ring and to the springs **80**. The springs will conduct that electrical charge to the housing in which the trim unit **130** is mounted, and the heat will be conducted by the trim ring to the room or space in which it is located, as described previously.

Turning now to FIG. **13**, an exploded view of the trim unit **130** of FIG. **11** is presented. The gimbal tilt axis **138** (see FIG. **12**) is established by two opposite pivot points for the baffle/heat sink/light source apparatus **142**. One pivot point is shown as being created by the rivet **136** which is used to fasten the rotation ring **140** to the gimbal flange **168** of baffle/heat sink **134**. A gimbal washer **146** is placed between the rotation ring and the flange **168**. The rotation ring has an open bottom **144** to accommodate the tilting of the baffle/heat sink, **134**, as will be seen in later drawings. In this embodiment, the rivet **136** has a long neck that extends outward from the rotation ring for control over the amount of rotation as discussed above. The spring mounting bracket **148** at the lower left of both drawings includes the tab **150** that is bent inward towards the rotation ring. As previously discussed, this bent tab prevents rotation of the rotation ring **140** and baffle/heat sink **134** beyond contact with the tab. Rotating the rotation ring permits control over the azimuth direction of the light source thereby permitting accurate aiming both in an elevational direction and in the azimuth direction of the light source.

12

The spring brackets **148** are riveted to the trim ring **132** in this embodiment with rivets **160**, although. other means may be used. Various screws **152** are used to mount the parts together, as shown. Stoppers **154** are provided. The lenses **108** over the LED lights are shown as well as the printed circuit board **96** on which the LEDs are mounted according to methods well know to those of skill in the art.

FIGS. **14** and **15** provide side views of the trim unit **130** of FIGS. **10** and **11** rotated by ninety degrees from each other. Both have a drive unit **42** mounted on a second heat sink that is formed as single piece with the baffle trim cup.

FIGS. **16** and **17** show the trim unit **130** tilted by approximately fifteen degrees in relation to the trim ring **132**. FIG. **16** provides a side view while FIG. **17** provides a top perspective view of the same configuration of the trim unit as FIG. **16**. In FIG. **16**, the baffle gimbal mounting flange **168** can be seen tilted below the level of the trim ring **132** thus clearly demonstrating that the light source may be selectively aimed. The baffle gimbal mounting flange **168** received the rivet **136** (see FIG. **17**) used to form part of the gimbal mounting of the baffle to the trim ring.

FIG. **18** provides a bottom view of the trim unit **130** of FIG. **16** showing five LED light sources **120** and the trim ring **132** that is located on the outer side **46** of the planar surface **30** within which the recessed light fixture **34** is mounted (see FIG. **1A**).

FIG. **19** is a top view of the gimbaled trim unit **130** of FIG. **18**. The tilt gimbal axis **138** is shown and is established by the rivets **136** that fix together the rotation ring **140** with the gimbal mounting flange **168**. Also shown are the electrically conductive mounting springs **80**, the drive unit **42**, and the baffle/heat sink **134** showing the heat sink fins, one of which is indicated by numeral **172**.

Thus there has been provided an improved recessed lighting fixture having a low profile heat sink **56** integrated with the baffle **54** of a trim unit **50**. The heat sink is part of the baffle, and draws heat out of the recessed housing **36**. In one embodiment the baffle also includes the trim ring as a single part. Together they work to release heat into the room below and outside of the recessed housing. In a gimbal trim unit, the trim ring is not part of the baffle but even so, the heat is drawn out of the recessed housing and into the room below. Metal to metal contact occurs throughout, such as where the frusto-conical shaped LED trim cup **72** is attached to the frusto-conical shaped baffle **54** to effect heat transfer from the LED trim cup to the baffle drawing heat away from the LED trim cup and into the heat sink of the baffle, and in turn emitting this heat into the atmosphere of the room **47**.

Although the present invention has been described in terms of certain preferred embodiments, other embodiments that are apparent to those of ordinary skill in the art are also within the scope of the invention. Accordingly, the scope of the invention is intended to be defined only by reference to the appended claims. While variations have been described and shown, it is to be understood that these variations are merely exemplary of the present invention and are by no means meant to be limiting.

We claim:

**1**. A recessed lighting fixture located in an opening of a surface, the surface having an outer side and an inner side, the lighting fixture comprising:

a recessed housing located in a recessed configuration in the opening of the surface adjacent the inner side;

a lighting trim unit comprising:

a trim ring configured to be disposed at the opening on the outer side of the surface;

US 7,722,227 B2

13

14

a light source that emits light, the light source located within the recessed housing and disposed so as to emit light at the opening;

a baffle surrounding the light source and in contact with the trim ring to direct light from the light source at the opening, the baffle having a first end located adjacent the opening in the surface and a second end located within the recessed housing opposite the first end; and

a low profile heat sink integrated with the baffle, wherein the integrated baffle heat sink draws heat out of the recessed housing and conducts it to the trim ring;

whereby heat communicated to the trim ring may be dissipated at the outer side of the surface.

**2**. The recessed lighting fixture of claim **1** wherein the integrated baffle heat sink surrounds the light source.

**3**. The recessed lighting fixture of claim **1** wherein the integrated baffle heat sink is in contact with the light source to draw heat from the light source.

**4**. The recessed lighting fixture of claim **1** wherein the trim ring and the baffle are formed together as a single part.

**5**. The recessed lighting fixture of claim **1** wherein the trim ring, the baffle, and the integrated baffle heat sink are formed together as a single part.

**6**. The recessed lighting fixture of claim **1** wherein the baffle is formed into the baffle heat sink having a plurality of heat sink fins protruding outwardly.

**7**. The recessed lighting fixture of claim **6** wherein the baffle heat sink fins protrude radially outwardly and are oriented in parallel with a longitudinal axis of the baffle.

**8**. The recessed lighting fixture of claim **6** wherein the sizes and number of baffle heat sink fins are selected to result in the integrated baffle/heat sink being low profile.

**9**. The recessed lighting fixture of claim **1** further comprising a second heat sink located at the second end of the baffle to which the light source is mounted, the second heat sink configured to draw heat from the light source, the second heat sink connected to the baffle.

**10**. The recessed lighting fixture of claim **9** wherein the second heat sink comprises a plurality of heat sink fins protruding outwardly.

**11**. The recessed lighting fixture of claim **1** further comprising:

a driver configured to provide power to the light source; and

a second heat sink to which the driver and light source are mounted, the second heat sink configured to draw heat from the light source and driver, the second heat sink connected to the baffle.

**12**. The recessed lighting fixture of claim **1** wherein the light source is fixed in position in relation to the trim ring and integrated baffle/heat sink so that light provided by the light source cannot be selectively aimed.

**13**. The recessed lighting fixture of claim **1** wherein the light source is movable in position in relation to at least one of the trim ring, the housing, and the integrated baffle/heat sink so that light provided by the light source can be selectively aimed.

**14**. The recessed lighting fixture of claim **1** wherein the trim unit further includes an electrically conductive spring in electrical contact with the trim unit, the spring having two elongated legs for contact with the recessed housing, each leg having a bent portion at an end that is shaped so as to engage a portion of the recessed housing in an interference fit to thereby hold the trim unit in place in relation to the recessed housing and provide an electrical pathway between the trim unit and the recessed housing.

**15**. The recessed lighting fixture of claim **14** wherein the recessed housing comprises spring mounting openings for receiving the bent ends of the spring to thereby hold the trim unit in place in the recessed housing.

**16**. The recessed lighting fixture of claim **14** wherein the ends of the springs are spaced from a mounting point of the spring to the trim unit to provide a fail-safe distance of engagement with the recessed housing in the event that the trim unit were to fall slightly from the recessed housing due to shock or vibration.

**17**. The recessed lighting fixture of claim **14** wherein:

a first portion of the trim ring is located on the outer side of the opening and a second portion of the trim ring extends into the opening; and

the spring has a central coil which is attached to the second portion of the trim ring to thereby hold the first portion of the trim ring against the opening and hold the remaining portion of the trim unit in the recessed housing when the ends of the springs are engaged with the recessed housing.

**18**. The recessed lighting fixture of claim **1** wherein the trim unit further comprises a tilting mechanism to which the light source is mounted to permit adjustment of elevational aim of the light source without having to remove the trim unit from the recessed housing.

**19**. The recessed lighting fixture of claim **1** wherein the trim unit further comprises a gimbal mounting mechanism disposed so that the light source is gimbal mounted in relation to one or both of the trim ring and the housing.

**20**. The recessed lighting fixture of claim **1** wherein the light source comprises at least one light emitting diode.

**21**. A recessed lighting fixture located in an opening of a surface, the surface having an outer side and an inner side, the lighting fixture comprising:

a recessed housing located in a recessed configuration in the opening of the surface adjacent the inner side;

a lighting trim unit comprising:

a trim ring having a first portion located on the outer side of the opening and a second portion of the trim ring extending into the opening, the trim ring formed of an electrically and thermally conductive material;

a light source that emits light, the light source located within the recessed housing and disposed so as to emit light at the opening;

a baffle having an integrated low profile heat sink formed as a single piece disposed about the light source and connected with the trim ring, the baffle located within the recessed housing, wherein the integrated heat sink comprises a plurality of heat sink elements protruding outwardly, the baffle formed of an electrically and thermally conductive material; and

a metallic spring in electrical contact with the baffle, the spring configured to engage the recessed housing to thereby establish an electrical pathway between the baffle and the housing and to hold the trim unit in place in relation to the recessed housing.

**22**. The recessed lighting fixture of claim **21** wherein the light source comprises a plurality of light emitting diodes.

**23**. The recessed lighting fixture of claim **21** wherein the light source is fixed in position and cannot be moved to change the direction of light emitted.

**24**. The recessed lighting fixture of claim **21** wherein the light source is configured to be movable so that the direction of light emitted by the light source can be selectively aimed.

**25**. The recessed lighting fixture of claim **21** further comprising:

US 7,722,227 B2

15

a second heat sink mounted to the second end of the baffle and configured to draw heat from the light source and communicate that light to the baffle heat sink.

26. A recessed lighting fixture located in an opening of a surface, the surface having an outer side and an inner side, the lighting fixture comprising:

a recessed housing located in a recessed configuration in the opening of the surface adjacent the inner side;

a lighting trim unit comprising:

a trim ring having a first portion located on the outer side of the opening and a second portion of the trim ring extending into the opening, the trim ring formed of an electrically and thermally conductive material;

a light source comprising a plurality of light emitting diodes, the light source located within the recessed housing and disposed so as to emit light at the opening;

16

an electrically and thermally conductive low profile baffle having an integrated low profile heat sink formed as a single piece disposed about the light source and connected with the trim ring, the baffle located within the recessed housing, wherein the baffle comprises a plurality of heat sink elements protruding radially outwardly and aligned in parallel with a longitudinal axis of the baffle;

a second heat sink located in contact with the light source and mounted to the baffle, the second heat sink configured to draw from the light source and conduct that heat to the baffle; and

a metallic spring in electrical contact with the baffle, the spring configured to engage the recessed housing to thereby establish an electrical pathway between the baffle and the housing and to hold the trim unit in place in relation to the recessed housing.

*   *   *   *   *

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 9301 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90210.

On March 30, 2015, I caused **DECLARATION OF JAMES C. EARTHMAN IN SUPPORT OF CORDELIA'S MOTION FOR PRELIMINARY INJUNCTION** to be served to be served by the method of service described as follows:

JOSEPH A. MANDOUR, III
Email: jmandour@mandourlaw.com
BEN T. LILA
Email: blila@mandourlaw.com
GORDON E. GRAY
Email: ggray@mandourlaw.com
**MANDOUR & ASSOCIATES, APC**
2030 Main Street, Suite 1300
Irvine, CA 92614

*Attorneys for Defendants,*
ZHEJIANG YANKON GROUP CO., LTD.
and YANKON INDUSTRIES INC.

[X]    (BY EMAIL)

[X]    (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (BY OVERNIGHT DELIVERY) I caused said envelope (s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee (s).

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of their court at whose direction the service was made.

Executed on March 30, 2015 at Beverly Hills, California.

_____
By: Christina I. Rodriguez

**PROOF OF SERVICE**