NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**CORDELIA LIGHTING, INC.,**
*Plaintiff - Appellee*

v.

**ZHEJIANG YANKON GROUP CO., LTD., dba Energetic Lighting, YANKON INDUSTRIES INC.,**
*Defendants - Appellants*

**WEI CHEN, LOWE'S COMPANIES, INC., LOWE'S HOME CENTERS, LLC,**
*Defendants*

———————————————

15-1698

———————————————

Appeal from the United States District Court for the Central District of California in No. 5:14-cv-00881-JGB-SP, Judge Jesus G. Bernal.

———————————————

## O R D E R

On consideration of the notice of appeal filed on May 26, 2015, a motion of the type enumerated in Fed. R. App.

P. 4(a)(4) has been filed in the United States District Court for the Central District of California rendering the notice of appeal ineffective, it is

ORDERED that the appeal be, and it hereby is, DEACTIVATED.

The appeal will be reactivated upon entry of the order disposing of the last such outstanding motion.


FOR THE COURT

June 16, 2015                    /s/ Daniel E. O'Toole
                                 Daniel E. O'Toole
                                 Clerk of Court


cc: Clerk's Office, United States District Court for the Central District of California
Stephen M. Lobbin
Scott D. Stimpson